Paul A. Ramos, #014613
**RAMOS LAW FIRM**
14500 N. Northsight Blvd., Ste.229
Scottsdale, AZ 85260
paul@ramosdefense.com
Phone: (480) 247-8558
Fax: (480) 247-8375
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRA GEHRKE,<br><br>Defendant | Case No. 2:24-cr-01040-PHX-ROS<br><br>**APPEARANCE OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Paul A. Ramos of Ramos Law Firm, appears as attorney of record on behalf of Defendant, Alexandra Gehrke.

RESPECTFULLY SUBMITTED this 20th day of June, 2024.

**RAMOS LAW FIRM**

*<u>/S/Paul A. Ramos</u>*
Attorney at Law

Clerk of the Court
UNITED STATES DISTRICT COURT
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

Copies of the foregoing filed
this 20th day of June, 2024, to:

Honorable John Z Boyle
UNITED STATES DISTRICT COURT
401 W. Washington St., SPC 75
Phoenix, Arizona 85003-2118

Gary M. Restaino
UNITED STATES ATTORNEY
District of Arizona

Matthew Williams, United States Assistant Attorney
US DISTRICT ATTORNEY'S OFFICE
401 W. Washington St., #1800
Phoenix, Arizona 85004
E: matthew.williams3@usdoj.gov

Glenn S. Leon, Chief
Criminal Division, Fraud Section
U.S. Department of Justice

Shane Butland
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
E: shane.butland2@usdoj.gov

By: _MDK____