Altman
LAW & POLICY

**KURT M. ALTMAN, P.L.C.**
Kurt M. Altman (015603)
Ashley Fitzwilliams (035555)
12621 N. Tatum Blvd., #102
Phoenix, AZ 85032
Admin@altmanaz.com
Phone: (602) 689-5100
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Jeffrey King,<br>Defendant. | Case No: CR-24-01040-PHX-ROS<br><br>**NOTICE OF APPEARANCE** |

**KURT M. ALTMAN, P.L.C.** hereby enters an Appearance in this case on behalf of Defendant, Jeff King, for all further proceedings, through the filing of a Notice of Appeal, if required. Furthermore, undersigned counsel requests to be added to the ECF Notifications in this matter.

RESPECTFULLY SUBMITTED this 20th day of June 2024.

**KURT M. ALTMAN, P.L.C.**

*/s/ Kurt M. Altman*
Kurt M. Altman
Ashley Fitzwilliams
*Attorneys for Defendant*

I hereby certify that on the 20th day of June 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Deborah M. Fine
United States Magistrate Judge

Assigned Assistant United States Attorney
United States Attorney's Office

By: _/s/ Kurt M. Altman_________

KURT M. ALTMAN, P.L.C.
12621 N Tatum Blvd., #102
Phoenix, AZ 85032
(602) 689-5100