GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

MATTHEW TURNELL
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-839-7668
Email: matthew.turnell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>1. Alexandra Gehrke, a/k/a "Lexie" Gehrke<br>2. Jeffrey King<br><br>Defendants. | CR-24- 01040-PHX-ROS<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Matthew R. Turnell, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, as an attorney for the United States in this matter, as a member of the Filter Team.

Respectfully submitted,

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By: */s/ Matthew Turnell*
MATTHEW TURNELL
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

Dated: June 24, 2024

I hereby certify that on the 24th day of June, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul A. Ramos
Kurt M. Altman
Matthew Williams
Shane Butland