Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.406.4052
jlowther@lowtherwalker.com
www.lowtherwalker.com

Attorney for Defendant
Alexandra Gehrke

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDRA GEHRKE, *ET AL.*<br>Defendants. | 2:24-CR-01040-ROS-1<br>**NOTICE OF APPEARANCE** |

Mr. JOSHUA SABERT LOWTHER, Esq., pursuant to D. Ariz. L. Cr. R. 57.3, respectfully notifies this Court of his appearance, *pro hac vice*, as the attorney of record for Defendant ALEXANDRA GEHRKE.

Date: June 27, 2024

Respectfully submitted,

***s/ Joshua Sabert Lowther, Esq.***
Joshua Sabert Lowther, Esq.