UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# EXHIBIT LIST --- CRIMINAL

☐ FILED ☐ LODGED
JUL 09 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

☐ Motion to Suppress     ☐ Non-Jury Trial     ☐ Jury Trial

King, Jeffrey
Last, First, Middle Initial

CR-24-01040-02-ROS
Year-Case No-Deft No-Judge

☐ GOVERNMENT     ☒ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1.1 | 7/9/24 | 7/9/24 | Mr. Kings children |
| 2.2 | 7/9/24 | 7/9/24 | Mr. Kings son |
| 3.3 | 7/9/24 | 7/9/24 | Mr. Kings son |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |