# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

☒ FILED  ☐ LODGED

**JUL 09 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## EXHIBIT LIST  ---  CRIMINAL

☐ Motion to Suppress          ☐ Non-Jury Trial          ☐ Jury Trial

King, Jeffrey
_____
Last, First, Middle Initial

CR-24-01040-02-ROS
_____
Year-Case No-Deft No-Judge

☒ GOVERNMENT          ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. 1 | 7/9/24 | 7/9/24 | Office |
| 2. 2 | 7/9/24 | 7/9/24 | Itemization of assets |
| 3. 3 | 7/9/24 | 7/9/24 | Handwritten notes |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |