# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-01040-02-PHX-ROS |
|---|---|
| Plaintiff, | **MINUTE ORDER RE: EXHIBITS** |
| v. | |
| Jeffrey King, | |
| Defendant. | |

IT IS HEREBY ORDERED that the exhibits marked, whether or not received as evidence, in the above-entitled case at the time of the Detention Hearing which concluded on July 9, 2024, are returned to respective counsel.

Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

Dated this 9th day of July, 2024.

DEBRA D. LUCAS,
District Court Executive/Clerk of Court

_____
Stephanie Ferdig, Deputy Clerk

Exhibits returned to respective counsel as acknowledged below:

Date 7/9/24         Signature [signature]

Date 07/09/2024     Signature [signature]