# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

☒ FILED          ☐ LODGED

**Jul 08 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## EXHIBIT LIST   ---   CRIMINAL

☒ Detention Hearing        ☐ Non-Jury Trial        ☐ Jury Trial

Alexandra Gehrke
Defendant

2:24-cr-01040-ROS-1
Case

☒  GOVERNMENT                    ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | 7/8/2024 | 7/8/2024 | Handwritten Note |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |