✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 0 8 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Alexandra Gehrke,<br><br>              Defendant. | No. CR-24-01040-01-PHX-ROS<br><br>**MINUTE ORDER RE: EXHIBITS** |

IT IS HEREBY ORDERED that the exhibits marked, whether or not received as evidence, in the above-entitled case at the time of the Detention Hearing which concluded on July 8, 2024, are returned to respective counsel.

Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

Dated this 8th day of July, 2024.

DEBRA D. LUCAS,
District Court Executive/Clerk of Court

*S. Strong*
S. Strong, Deputy Clerk

Exhibits returned to respective counsel as acknowledged below:

Date: 7/8/24   Signature: _____

Date: _____   Signature: _____