Brian T. Rafferty, Esq.
Ga. Bar # 311903
Admitted *Pro Hac Vice*
Rafferty Law, LLC
1575 Johnson Road NE
Atlanta, GA 30306
912.658.0912
brian@raffertylawfirm.com
www.raffertylawfirm.com

Attorney for Defendant
Jeffrey King

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFREY KING, *ET AL.*<br>Defendants. | 2:24-CR-01040-ROS-2<br>**NOTICE OF APPEARANCE** |

Mr. BRIAN THOMAS RAFFERTY, Esq., pursuant to D. Ariz. L. Cr. R. 57.3, respectfully notifies this Court of his appearance, *pro hac vice*, as the attorney of record for Defendant JEFFREY KING.

Date: July 17, 2024

Respectfully submitted,

***s/ Brian T. Rafferty, Esq.***
Brian Thomas Rafferty, Esq.