✎AO 435
AZ Form (Rev. 10/2023)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

| | |
|---|---|
| 1. NAME Brian T. Rafferty | 2. PHONE NUMBER (912)658-0912 |

3. DATE July 17, 2024

4. FIRM NAME Rafferty Law, LLC

| 5. MAILING ADDRESS 1575 Johnson Road NE | 6. CITY Atlanta | 7. STATE GA | 8. ZIP CODE 30306 |
|---|---|---|---|

| 9. CASE NUMBER 2:24-CR-1040 | 10. JUDGE Alison Bachus | DATES OF PROCEEDINGS |
|---|---|---|

| 11. July 9, 2024 | 12. |
|---|---|

| 13. CASE NAME U.S. v. Jeffrey King et al. | LOCATION OF PROCEEDINGS |
|---|---|

| 14. CITY Phoenix | 15. STATE Arizona |
|---|---|

**16. ORDER FOR**

☐ APPEAL        ☑ CRIMINAL        ☐ CRIMINAL JUSTICE ACT        ☐ BANKRUPTCY
☐ NON-APPEAL        ☐ CIVIL        ☐ IN FORMA PAUPERIS        ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☑ BAIL HEARING | July 9, 2024 | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ | | ☐ PAPER COPY | |
| 14-Day Transcript | ☐ | ☐ | | | |
| 7-Day (Expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3 -Day Transcript | ☐ | ☐ | | | |
| Next-Day (Daily) | ☑ | ☑ | | ☐ ASCII (e-mail) | |
| 2-Hour (Hourly) | ☐ | ☐ | | | |
| Realtime Transcript | ☐ | ☐ | | E-MAIL ADDRESS | |

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s Brian T. Rafferty

20. DATE July 17, 2024

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|

| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**        COURT COPY        TRANSCRIPTION COPY        ORDER RECEIPT        ORDER COPY

**AO 435 INSTRUCTIONS**

**Use.** Use this form to order transcript of proceedings. Complete a separate order form for each case number for which transcript is ordered.

**Completion.** Complete Items 1-20. Do not complete shaded areas which are reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Filing with the Court.** Parties to the case (and attorneys admitted to practice in our Court) must electronically file the original in the ECF system. Non-parties and pro se litigants should deliver a copy to the Office of the Clerk of Court or email a copy to the following email address:
Phoenix: phxao435transcriptorders@azd.uscourts.gov     Tucson: tucao435transcriptorders@azd.uscourts.gov

**Deposit Fee.** The court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court. Upon receipt of the deposit, the court will process the order.

**Delivery Time.** Delivery time is computed from the date of receipt of the deposit fee or for transcripts ordered by the federal government from the date of receipt of the signed order form.

**Completion of Order.** The court will notify you when the transcript is completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

**Items 1-20.**     These items should always be completed.

**Item 9.**     Only one case number may be listed per order.

**Item 16.**     Place an "X" in each box that applies.

**Item 17.**     Place an "X" in the box for each portion requested. List specific date(s) of the proceedings for which transcript is requested. Be sure that the description is clearly written to facilitate processing. Orders may be placed for as few pages of transcript as are needed.

**Item 18.**     _Categories._ There are seven (7) categories for ordering transcripts. Orders are considered received upon receipt of the deposit:

_30-Day Transcript (Ordinary)_. A transcript to be delivered within thirty (30) calendar days after receipt of an order.

_14-Day Transcript_. A transcript to be delivered within fourteen (14) calendar days after receipt of an order.

_3-Day Transcript_. A transcript to be delivered within three (3) calendar days from receipt of an order.

_7-Day Transcript (Expedited)_. A transcript to be delivered within seven (7) calendar days after receipt of an order.

_Next-Day Transcript (Daily)_. A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar day is a weekend or holiday) prior to the normal opening hour of the Clerk's Office.

_2-Hour Transcript (Hourly)_. A transcript of proceedings to be delivered within two (2) hours from receipt of the order.

_Realtime Transcript_. A draft unedited transcript produced by a certified realtime reporter as a by-product of realtime to be delivered electronically during proceedings or immediately following adjournment.

**NOTE**: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the 14-day _delivery_ rate, and if not completed and delivered within 14 calendar days, payment would be at the ordinary delivery rate.

**Ordering**. Place an "X" in each box that applies. Indicate the number of additional copies ordered.

_Original_. Original typing of the transcript. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once. The fee for the original includes the free copy for the court.

_First Copy_. First copy of the transcript after the original has been prepared. All parties ordering copies must pay this rate for the first copy ordered.

_Additional Copies_. All other copies of the transcript ordered by the same party.

_Delivery Instructions_. Place an "X" in each box that applies. If ordering both paper and electronic copies, there will be an additional copy charge. Provide e-mail address where electronic e-mail copy should be sent.

**Item 19.**     Sign in this space to certify that you will pay all charges. (This includes the deposit plus any additional charges.)

**Item 20**.     Enter the date of signing.

**Shaded Area.**     Reserved for the court's use.