**KURT M. ALTMAN, P.L.C.**
Kurt M. Altman (015603)
Ashley Fitzwilliams (035555)
12621 N. Tatum Blvd., #102
Phoenix, AZ 85032
Admin@altmanaz.com
Phone: (602) 689-5100
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Jeffrey King,<br>Defendant. | Case No: CR-24-01040-PHX-ROS<br><br>**MOTION OF KURT M. ALTMAN TO WITHDRAW KURT M. ALTMAN, P.L.C. AS COUNSEL OF RECORD FOR JEFFREY KING** |

Pursuant to LRCrim 57.14, Local Rules of Criminal Procedure for the District of Arizona, LRCiv 83.3, Local Rules of Civil Procedure for the District of Arizona, and E.R. 1.16, Rules of Professional Conduct, Kurt M. Altman of Kurt M. Altman, PL.C. respectfully requests this Court withdraw Kurt M. Altman and Ashley Fitzwilliams of Kurt M. Altman, P.L.C. (dba Altman Law & Policy) as counsel of record for Defendant Jeffrey King.

The reason for this request is that through family members, Mr. King notified our office that he had hired new counsel and that our firm's services were no longer required. The newly retained attorney is Brian Rafferty of Rafferty Law, PLC, 1575 Johnson Road NE, Atlanta, Georgia 30306,

Ph: 912-658-0912, email: brian@raffertylawfirm.com. Mr. Rafferty recently filed a Notice of Appearance in this matter (see Document 48), which the court accepted on July 18, 2024. As such, Mr. Rafferty has access to the docket and will receive notice of all yet to be set future court dates. No trial date or other court dates have been set in this matter at this time. As such, the granting of this motion to withdraw will not prejudice Defendant King or the judicial process.

For the reasons stated herein, Kurt M. Altman, respectfully requests that Kurt M. Altman and Ashley Fitzwilliams of Kurt M. Altman, P.L.C. (dba Altman Law & Policy) be withdrawn as counsel of record for Defendant Jeffrey King pursuant to LRCrim 57.14, LRCiv 83.3, and E.R. 1.16.

RESPECTFULLY SUBMITTED this 22nd day of July 2024.

**KURT M. ALTMAN, P.L.C.**

*/s/ Kurt M. Altman*___________
Kurt M. Altman
Ashley Fitzwilliams
*Attorneys for Defendant*

I hereby certify that on the 22nd day of July 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Roslyn O. Silver
United States District Court Judge
silver_chambers@azd.uscourts.gov

Matthew Williams
Assistant United States Attorney
matthew.williams3@usdoj.gov

Shane Butland
Assistant United States Attorney
shane.butland2@usdoj.gov

Joshua Lowther
Attorney for Alexandra Gehrke
jlowther@lowtherwalker.com

KURT M. ALTMAN, P.L.C.
12621 N TATUM BLVD., #102
PHOENIX, AZ 85032
(602) 689-5100

Brian Rafferty
Attorney for Jeffrey King
brian@raffertylawfirm.com

By: */s/ Kurt M. Altman*________

KURT M. ALTMAN, P.L.C.
12621 N Tatum Blvd., #102
Phoenix, AZ 85032
(602) 689-5100