UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America

Plaintiff,

v.

Jeffrey King,

Defendant.

Case No: CR-24-01040-PHX-ROS

**ORDER GRANTING MOTION OF KURT M. ALTMAN TO WITHDRAW KURT M. ALTMAN, P.L.C. AS COUNSEL OF RECORD FOR JEFFREY KING**

Assigned to Honorable Roslyn O. Silver

Based upon the Motion of Kurt M. Altman to Withdraw Kurt M. Altman, P.L.C. as Counsel of Record for Jeffrey King, and good cause appearing,

**IT IS ORDERED** granting the Motion of Kurt M. Altman to Withdraw Kurt M. Altman, P.L.C. as Counsel of Record for Jeffrey King pursuant to LRCrim 57.14, LRCiv 83.3, and ER 1.16.

**IT IS ORDERED**, granting the withdrawal of Kurt M. Altman and Ashley Fitzwilliams of Kurt M. Altman, P.L.C. (dba Altman Law & Policy) as counsel of record for Jeffrey King.

DATED this ____ day of July, 2024

_______________________________

The Honorable Roslyn O. Silver
United States District Judge