AO 442 (Rev. 11/11) Arrest Warrant

FILED ✓ RECEIVED LODGED COPY
JUL 18 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America
v.
Jeffrey King

Defendant

Case No. 24-8358MJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jeffrey King,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit health care fraud and wire fraud in violation of 18 U.S.C. § 1349.

Date: 6-17-24

*Issuing officer's signature*

City and state: Phoenix, Arizona

Hon. John Z. Boyle, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/17/2024, and the person was arrested on *(date)* 6/17/2024
at *(city and state)* Scottsdale, AZ.

Date: 7/16/2024

by: C Feast
*Arresting officer's signature*

FBI
*Printed name and title*