# ATTACHMENT A

Your honor,

My name is McKenzie King, and I am one of Jeffrey King's closest friends. I have known him for almost 11 years, and I have never known him to be anything other than a great friend, loving father, and I have watched him lead others with respect, and be a devout family man. We asked him to officiate our wedding 4 years ago, because we trusted the person he is and the love we have for one another as longtime friends. Over time, we have gotten to know his family well, especially his children Mya, and Dante, and you can see in them they have had an amazing role model to guide them thus far. Jeffrey will continue to give back to his community and be a fully functioning citizen to society. I believe that he means well, and is an honest person to the core, and I would like to support him to the fullest during this difficult hurdle, hoping, and knowing he will make it to the other side stronger than ever, with his loved ones beside him.

-McKenzie King

Alex Schroeder
[redacted]

To the honorable Judge Roslyn Silver,

I am writing this letter to express my support for Jeff King. Jeff is not only my boss, but he is a mentor, leader, friend, and overall one of the kindest people I know. Jeff has never failed to be extremely supportive and encouraging. For example, when I graduated college Jeff didn't hesitate to express how proud he was and genuinely excited he was for me to start a new chapter of my life. Everytime Jeff walks in a room he carries happiness and support with him.

Jeff is a phenomenal leader and mentor. Jeff teaches by providing an abundance of positivity and encouragement. I have never been led to believe anything besides that he is a genuine person with a good heart. Jeff gave me the chance to live my dream of operating a recording studio and has taught me more than I learned in my whole college career. Under his guidance he has also allowed me to express my creativity, share new ideas and overall let me thrive in my element. I am extremely grateful for the opportunities he has provided me.

Like I said Jeff is not just my boss but he is also a friend to me and all my coworkers. He took the time to get to know each of us personally. I have never been in a work environment where people genuinely care and look out for each other. Jeff has provided that space for all of us. He has gone out of his way multiple times for me and others to ensure that we are taken care of. I know that Jeff is someone I could always count on and trust full heartedly. I believe Jeff is an overall kind and genuine person and I will continue to show him the same unwavering support he has shown me and so many others.

Sincerely,

Alex Schroeder

06-21-2024

To the Honorable Judge Silver,

My name is Adam King and I am a long-time friend and colleague of Jeffrey King. I would like to speak to his character and share how I have witnessed him demonstrate over the years how to be a caring father, a dutiful veteran and businessman, and an overall upstanding member of society.

Jeffrey and I met in 2013 while attending the Audio Production program at Glendale Community College. He was working on another one of his own certifications while I was starting my pathway in the field. Our academic and professional goals aligned and we began working together on startup events at his company, Artisan Audio Production. While helping his business start and grow I learned many things from Jeffrey such as navigating proper avenues to create a successful business, and he instilled in me a wholesome work ethic while displaying compassionate leadership and fairness in compensation and management.

During this we time we also established a profound friendship and shared many important life moments. My mother passed away unexpectedly in December 2016 and I was without a solid support system. While I was suffering clinical severe depression, Jeffrey took the initiative to make sure I was supervised and cared for during the most difficult chapter of my life. He was truly instrumental in helping my recovery from grief. I have not seen him harm another creature on this Earth and in fact, I have only witnessed concern and consideration in regards to people and animals alike from Jeffrey.

I married my wife in the summer of 2020 and Jeffrey bestowed me the honor of officiating my wedding. In February of 2024 I had the privilege of returning the favor by being the officiant at his wedding. Over the years I have watched Jeffrey raise his children responsibly and impart to his children, Mya and Dante, a deep sense of morality and a clear definition of what is right and wrong. I became a father in April of 2023 and I have taken what he has taught his children as inspiration to help me guide my own child along a good moral path.

Throughout all of our shared experiences and commonality in goals and convictions there is one thing I personally revere in Jeffrey and that is his dutiful military service and the love he has for his country. His time in the US Army left his body with ailments yet he never speaks an ill word of his commitment. He has taken lessons and values he learned while serving his country and put them back out into the world by treating people fairly, chasing his dreams, keeping his head held high, and defending those who need defended. It is my true and honest belief that Jeffrey King deserves to be home while he responsibly handles his legal complications and that he is not a risk of abandoning any of his lawful duties.

Thank you,

Adam King

Adam King

To whom it may concern

My name is Mya, Jeffrey King is my dad. There's so much I can say about him but I'll try to keep it brief since I know everyone's time is valuable. My dad is, and always has been, one of if not THE most upstanding citizen someone could picture. Not only is he a veteran who always praises his time serving, but he has always been the person I, and others, come to for advice in any capacity or situation, and is always a pillar for the community and his family and friends. He has consistently been an inspiration and a role model. He cares so much about always doing the right thing, he will always put the right moral and ethical decision before convenience every time. So much so that to me it just sounds like he's being a dad, but then I realize I am lucky enough to have a father who has such a golden heart that instead of stepping back and letting me potentially make a mistake to learn from myself, he always steps up and steps in to make sure I have guidance. This goes for everyone he meets, not only the overwhelming love and support he has for the people closest to him, but also for those he gets to meet whether it's through me or my brother, his wife Lexie, through his studio, through helping teach at the college in the music program, or through any other avenue. He has so much to give and always seizes every opportunity he can to help someone, even if he has no resources or means to do anything more than be supportive.

My little brother, Dante, is 14 years old. We are privileged enough to have parents who try to always give us the best, even when they're tight on funds. Regardless of our parent's relationship, they have always been there for us consistently. Growing up with divorced parents can be difficult, but they both always made sure they'd be there for all of it. Dante has never been the most social kid, but he, like his dad, has so much love to give and always wants to spend time together. Dad is and has been my brother's best friend for a long time. Our mom is a surgeon who works so hard and doesn't get a lot of time at home, but she and my dad work to give us the best life possible and always keep us as their top priority. Even though she is a wonderful mother, Dante needs his dad right now more than ever. For a long time Dante has dreamt of being in the military one day, and Dad has always fully supported this dream.

Dante has the opportunity this year to start at the Army Navy Academy in California, to give him a headstart on his #1 goal. This will be a huge leap and change for him, and learning to become his more mature self as he walks into high school is one of the most essential times for a growing kid. The only reason Dante is not present in the court is to try and spare him from having to see his doting and wonderful example of a father in this position.

Our dad's #1 passion besides being a father is music. He has always supported and backed my creativity as I strived to go to art school and learn to be a professional illustrator. He has shown me that with perseverance, patience and effort dreams can be achievable. I have watched him dedicate years and years to going to school, and building up his music studio from just a microphone and some foam on the walls in an extra bedroom in our Texas house, to a fully running Music Engineering & Producing Studio in his favorite city in the world with an amazing team who all are like family to him. He has built these connections and this business from the ground up and has so many who know the kind hearted and honest person they can rely on and vouch for. These are not only coworkers but close dear friends to him, and I know they view him the same way, since multiple of them have asked to come show support for him during this time.

I am so incredibly lucky to have a dad like him, and I couldn't ask for anyone better. Please take all of this into consideration for any decisions made. His family and friends need him, my brother and I need him, and he deserves to be recognized for his service, years of being a consistent model citizen, showing his impeccable character, and being a wonderful father.

Mya

To whom it may concern,

Jeff King is an important part of the community which he helps on a daily basis. He has a young son who is just about to start highschool and a daughter who is starting her own life. I may not have known him for very long but I do know he is very important to a lot of people who rely on him for his guidance and care. He's not only a devoted family man and father, he runs his own studio as well managing a whole team of people who need him around to manage and lead the whole operation.

His son is one of the people who would need him the most, because he is just about to start highschool which is one of the most important parts of a person's life in developing social skills and sense of self. His main focus is being in his life, teaching him well, and being there for him emotionally. I know Jeff only wants the best for people, close friends and new acquaintances. He has helped me numerous times in ways as if he were my own father, with work, financially, and daily day to day life. To me, even if we are not blood related, Jeff still means a lot to me because even though he has no obligation to, he still always wants to help me and his family and friends no matter what.

He is an amazing father and has done so much to support me in my own life. Despite not legally being my father in-law, he has welcomed me into the family with open arms and I will always be thankful for that. I can always count on him for advice, because I know I can always trust him to lead me down the right path. I will forever appreciate what he has taught me, brought into my life, and love and care he has shown for me. His family and community needs him.

Sincerely, Andres

---------- Forwarded message ---------
From: **Alejandro Gordillo** <[redacted]
Date: Mon, Jun 24, 2024 at 10:00 AM
Subject: Jeffs Letter
To:

[redacted]

To the honorable Judge,

I hope this letter finds you well. I am writing to you today to express my heartfelt support for my friend and colleague, Jeff King, who is currently facing legal troubles. I have had the privilege of knowing Jeff for nearly a decade, and I feel compelled to share with you the remarkable qualities that define his character.

Jeff is an exceptional individual who embodies the virtues of kindness, generosity, and hard work. Throughout the years, he has been more than just a friend to me; he has been a mentor, a boss, and an unwavering source of support. His selflessness and dedication to others are truly unparalleled. Whether it's through professional guidance or personal encouragement, Jeff has always been there for me, offering his help and wisdom without hesitation.

Jeff's kindness extends beyond his immediate circle. He is known for his generosity and willingness to help anyone in need, often going above and beyond what is expected. His natural inclination to put others first is a testament to his compassionate nature. While some might consider his generosity excessive, those who know him understand that it stems from a genuine desire to make the world a better place.

In our industry, Jeff stands out as a natural leader. He has a unique ability to inspire and uplift those around him, creating opportunities for others to shine. I am personally grateful for the many chances he has given me to grow and succeed professionally. His leadership is characterized by a blend of vision, empathy, and unwavering support, qualities that have had a profound impact on my career and on the careers of many others.

Jeff King is a person of integrity and respect, and his positive influence extends to everyone he encounters. He has made a significant difference in my life, both personally and professionally, and I am confident that many others would echo this sentiment. His dedication to helping others and his commitment to fostering a supportive community are qualities that I deeply admire.

I hope that my words can convey the high regard in which I hold Jeff. He is a remarkable human being who has made invaluable contributions to those around him. I respectfully ask that you consider the positive impact Jeff has had on so many lives as you make your decisions regarding his case.

Thank you for taking the time to read my letter. I appreciate your consideration and the opportunity to share my thoughts on Jeff King's character.

Sincerely,

Alejandro Gordillo