Paul A. Ramos, #014613
**RAMOS LAW FIRM**
14500 N. Northsight Blvd., Ste.229
Scottsdale, AZ 85260
paul@ramosdefense.com
Phone: (480) 247-8558
Fax: (480) 247-8375
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRA GEHRKE,<br><br>Defendant | Case No. CR-24-01040-PHX-ROS<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

Pursuant to LRCrim 57.14, Local Rules of Criminal Procedure for the District of Arizona, LRCiv 83.3, Local Rules of Civil Procedure for the District of Arizona, and E.R. 1.16, Rules of Professional Conduct, Counsel respectfully requests this Court withdraw Paul A. Ramos of the Ramos Law Firm as counsel of record for Defendant Alexandra Gehrke. The reason for this request is that Counsel has been notified by family members that Defendant, Ms. Gehrke no longer wishes to proceed with representation by the Ramos Law Firm. Counsel is aware of the retained attorney is Joshua Sabert Lowther of Lowther Walker LLC, 101 Marietta St. NW, Ste. 3650, Atlanta, Georgia 30303, Ph: 404-496-4052, email: jlowther@lowtherwalker.com. Mr. Lowther filed a Notice of Appearance in this matter (see Document 26), which the court accepted on June 27, 2024. As such, Mr. Lowther has access to the docket and will receive notice of all yet to be set future court dates. As such, the granting of this motion to withdraw will not prejudice Defendant Gehrke or the judicial

process. For the reasons stated herein, Paul A. Ramos, respectfully requests that Paul Ramos of the Ramos Law Firm be withdrawn as counsel of record for Defendant Alexandra Gehrke pursuant to LRCrim 57.14, LRCiv 83.3, and E.R. 1.16.

RESPECTFULLY SUBMITTED this 5th day of August, 2024.

**RAMOS LAW FIRM**

*/S/Paul A. Ramos*
Attorney at Law



RAMOS LAW FIRM
14500 N. Northsight Blvd., Ste. 229
Scottsdale, AZ 85260

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
UNITED STATES DISTRICT COURT
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

Copies of the foregoing filed
this 5th day of August, 2024, to:

Honorable Judge Roslyn O. Silver
UNITED STATES DISTRICT COURT
401 W. Washington St., SPC 75
Phoenix, Arizona 85003-2118
E: silver_chambers@azd.uscourts.gov

Matthew Williams, United States Assistant Attorney
US DISTRICT ATTORNEY'S OFFICE
401 W. Washington St., #1800
Phoenix, Arizona 85004
E: matthew.williams3@usdoj.gov

Shane Butland
Assistant United States Attorney
E: shane.butland2@usdoj.gov

Joshua Lowther
Attorney for Alexandra Gehrke
E: jlowther@lowtherwalker.com

Brian Rafferty
Attorney for Jeffrey King
E: brian@raffertylawfirm.com

By: __MDK____

RAMOS LAW FIRM
14500 N. Northsight Blvd., Ste. 229
Scottsdale, AZ 85260