# ATTACHMENT B

# Fwd: Character letter

Mya King <[redacted]
Tue 8/6/2024 11:54 AM
To:Brian Rafferty <brian@raffertylawfirm.com>

---------- Forwarded message ---------
From: **danielle jacobs** [redacted]>
Date: Tue, Jul 23, 2024 at 9:03 PM
Subject: Character letter
To: <[redacted]

Dear Sir or Madam,

My name is Danielle Jacobs and I am Jeff King's sister.
I have the unique experience of not having met my brother until the miracle of DNA testing brought us together in 2020. And I am delighted to say we have been blessed with an inspiring and instant connection as siblings.

I have watched, learned and absorbed as much as I can in my time coming to know my brother. He is a compassionate and involved father, devoted to his children and their future. He has vast ties to the community, his joy for music bonding him with people and peers.

My brother is a good man who is deserving of being home with his family.

Respectfully,
Danielle Jacobs

Sent from Yahoo Mail for iPhone

Dear Honorable Court,

My name is Scout Kane and I am writing this character letter on behalf of Jeffrey King. As an extremely influential person in the music community, Jeffrey unselfishly provided me with invaluable guidance in pursuit of my career in music. He was truly an incredible mentor.

His inspiration not only gave me the confidence to pursue my music career but he provided me with the numerous resources and connections within the music industry that have advanced my progress significantly quicker than I could have done on my own. The tools and teachings that he provided to me as my mentor are foundational for my continued growth within the music industry that I draw upon today and will employ throughout my career,

Jeff has always conducted himself with utmost professionalism, and has shown over and over again how committed he is to educating the next generation of engineers, producers, and artists. Holding his students to his own high standards, they leave his mentorship exponentially more proficient in their fields than when they started. He truly is an educator who creates a community for like minded individuals to come together and feel connected. This provides newcomers like myself a sense of safety in an otherwise hostile music industry.

Due to his constant support that he's given me and to the numerous people that he has provided immeasurable mentorship, as well as his positivity towards his community as a whole, it is my hope that you will show the greatest amount of leniency towards Jeff within your power.

Thank you for taking the time to read this.

Respectfully,

Reagan Scout Kane

Contact: [redacted]

[redacted]

8/3/2024

To the judge or whom to may concern

My name is Dante. I am the son of Jeff King and I would like to explain why I think he should be released from being detained pending trial. To start off, he is very important to me and I need him in my life. He is the reason I will get to go to my dream school this year. He introduced me to the idea of going there and without him I wouldn't be there. Army and navy academy is one of, if not the best school for me because I've always wanted to join the military. He is such a big inspiration to me and my sister that without him something is missing in my life. Since both my parents are veterans, I've always wanted to join the military, that is one of the reasons I think so highly of him.

He has always taught me right and wrong and the importance of good morals, which made me into the person I am today. He has always been a very good and respectful role model who is always there for me when I need help for advice. My dad served his country and has always been by the book kind of dad. He's a hard worker and loves this country and I miss him very much, so does my sister.

Another reason is that he has a business in music producing and he loves doing that. He worked so hard to make this dream a reality and always encourages others to do the same. He would always make opportunities for us to do something fun together that involves my interests or help me do something productive that helps me learn so that the day wouldn't be wasted. He always supports me and what I like. My dad is a model citizen in my opinion, he served his country and always made sure to follow the law and make sure I follow the law and respect those around me.

He is always very upbeat and positive to anyone no matter the situation. Always wanting to help people out, making good and strong bonds with basically anybody. Always reaching the hand of friendship and always wanting to help someone out and taught me and my sister that same attitude.

Sincerely
Dante King

P.S.
Please let my dad come home

My phone is
[redacted]