**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,
Plaintiff,
v.
Alexandra Gehrke, et al,
Defendant.

No. CR-24-01040-PHX-ROS

**ORDER**

(First Request)

Upon joint motion of the parties, and good cause appearing,

**IT IS ORDERED** granting the parties' Joint Motion to Continue Trial and set Status Conference (Doc. 68) for the reasons stated in the motion, including that the parties need additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from August 6, 2024, to, **October 1, 2024 at 9:00 a.m.**, as to all defendants, and continuing the pretrial motion deadline until **September 10, 2024**, as to all defendants.

**IT IS FURTHER ORDERED** the parties are to attend a Status Conference in this

case on **August 20, 2024 at 2:30 p.m.** to address the dates by when various pleadings and other submissions must be exchanged among the parties and/or filed with the Court.

**IT IS FURTHER ORDERED** the parties are to file a joint proposed report no later than **August 15, 2024**, outlining proposed deadlines for:

1. Completion of all discovery.
2. Filing all motions, responses, and replies.
3. Proposed Final Pretrial Conference date.
4. Proposed firm trial date and anticipated length of trial.
5. Any other material issues for resolution at the hearing.

**IT IS FURTHER ORDERED** if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C § 3161(h)(7)(A) from 8/7/2024 to 10/1/2024.

Dated this 6th day of August, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge