GARY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: shane.butland2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Alexandra Gehrke, a/k/a "Lexie" Gehrke, and Jeffrey King,<br><br>Defendants. | No. CR-24-01040-PHX-ROS<br><br>**NOTICE OF JOINT PROPOSED SCHEDULING ORDER** |

Pursuant to the Court's Order issued August 6, 2024 (Doc. 71), the parties jointly submit the proposed schedule below to govern all proceedings in this case. If the proposed schedule needs to be amended prior to trial, counsel for the United States and counsel for the defendants pending trial shall confer and agree on the proposed amended scheduling order for the remaining deadlines before a motion to amend the scheduling order is filed.

A status hearing is scheduled for August 20, 2024, at 2:30 p.m.

The estimated length of trial is 2 weeks.

| | | |
|---|---|---|
| **A.** | **Proposed Trial Date:** | November 12, 2024 |

The parties propose that if the trial date is set for November 12, 2024, the specific dates identified below would apply; however, if the Court sets the trial date past November 12, 2024, the *italicized* deadlines identified below would apply:

| | | |
|---|---|---|
| **B.** | **Proposed Final Pretrial Conference:** | November 5, 2024 *[1 week before trial]* |
| **C.** | **Government Discovery:** | |
| 1. | Government's Rule 16 discovery: | October 1, 2024 *[5 weeks before trial]* |
| 2. | Government's expert disclosures: | October 8, 2024 *[4 weeks before trial]* |
| 3. | Government's production of Rule 26.2/ *Jencks* material: | October 29, 2024 *[2 weeks before trial]* |
| 4. | Government's rebuttal expert disclosure: | October 29, 2024 *[2 weeks before trial]* |
| **D.** | **Defense Discovery:** | |
| 1. | Defense reciprocal Rule 16 discovery: | October 8, 2024 *[4 weeks before trial]* |
| 2. | Defense initial and/or rebuttal expert disclosures: | October 22, 2024 *[3 weeks before trial]* |
| 3. | Defense production of Rule 26.2/ *Jencks* material: | November 4, 2024 *[8 days before trial]* |
| **E.** | **Motions and Notices:** | |
| 1. | Defendants' Fed. R. Crim. P. 12.1, 12.2, and 12.3 notices: | October 1, 2024 *[5 weeks before trial]* |
| 2. | FRE 404(b) notice: | October 8, 2024 *[4 weeks before trial]* |
| 3. | Defendants' advice of counsel notices: | October 8, 2024 *[4 weeks before trial]* |
| 4. | All pretrial motions, including motions *in limine* and 902(11) objections: | October 22, 2024 *[3 weeks before trial]* |
| 5. | Responses to motions: | October 29, 2024 *[2 weeks before trial]* |
| 6. | Replies: | November 4, 2024 *[8 days before trial]* |
| **F.** | **Other Submissions and Disclosures:** | |
| 1. | Government's exchange of preliminary | |

| | | |
|---|---|---|
| | witness lists, preliminary exhibit lists, and 902(11) notices: | October 15, 2024 *[4 weeks before trial]* |
| 2. | Defendants' exchange of preliminary witness lists, preliminary exhibit lists, and 902(11) notices: | October 22, 2024 [*3 weeks before trial*] |
| 2. | Joint proposed jury questionnaires: | November 4, 2024 *[8 days before trial]* |
| 3. | Proposed *voir dire* questions: | November 4, 2024 *[8 days before trial]* |
| 4. | Submission of joint statement of case: | November 4, 2024 *[8 days before trial]* |
| 5. | Joint proposed verdict form: | November 4, 2024 *[8 days before trial]* |
| 6. | Government's and defendants' exchange of witness lists, exhibit lists, and pre-marked exhibits | November 4, 2024 *[8 days before trial]* |
| 7. | Summary exhibit disclosures: | November 4, 2024 *[8 days before trial]* |

The parties request that the Court vacate the current trial date of October 1, 2024.

The parties also request that the Court find excludable delay pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii), from October 1, 2024, through the Trial Date.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/ Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

GLENN S. LEON
Chief
Criminal Division, Fraud Section

*/s/ Shane Butland*
SHANE BUTLAND
Trial Attorney
Department of Justice, Fraud Section

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Joshua S. Lowther, Esq.
Brian Rafferty, Esq.

*/s/ Daniel Parke*
Trial Attorney
Fraud Section, Criminal Division