Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.406.4052
jlowther@lowtherwalker.com
www.lowtherwalker.com

Attorney for Defendant
Alexandra Gehrke

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Alexandra Gehrke, *et al.*,

Defendants.

2:24-CR-01040-ROS-1

**DEFENDANT ALEXANDRA GEHRKE'S REPLY TO THE UNITED STATES' RESPONSE TO ALEXANDRA GEHRKE'S MOTION TO REVOKE PRETRIAL DETENTION ORDER**

Ms. ALEXANDRA GEHRKE replies to the United States' Response to Alexandra Gehrke's Motion to Revoke Pretrial Detention Order ("Response") (ECF No. 73) as follows:

The Government, in its Response, generally reiterates the arguments that it made in support of Ms. Gehrke's pretrial detention in the United States' Motion for Detention (ECF No. 18) and at Ms. Gehrke's detention hearing (Tr. Detention Hr'g, ECF No. 45) on June 8, 2024 (Mins., ECF No. 36), all of which Ms. Gehrke has addressed at that hearing and in her Motion to Revoke Order of Detention Pending Trial (ECF No. 60). However, the Government expounds upon its assertions that Ms. Gehrke is not a candidate for release pending trial because of her purported drug use (Resp. 7–9), mental health (*id.*), and access to a private plane (*id.* at 12).

//

*Purported Drug Use*

Ms. Gehrke's methamphetamine-positive drug test administered by a pretrial services officer was a screening test—not a confirmatory test—upon which this Court cannot rely in this matter any more than it could rely on such screening test to revoke a defendant's pretrial or post-conviction supervision. Ms. Gehrke denies abusing methamphetamine; there is no credible evidence that she abuses (or has ever abused) methamphetamine; and the Government's assertion that she "orchestrat[ed] a massive scheme to defraud Medicare" (Resp. 5) belies its allegation that she is a drug addict.

*Mental Health*

Ms. Gehrke suffers from ADHD and anxiety, the former which she has managed with a physician's prescription for Adderall since the age of fourteen. Ms. Gehrke submits that the greatest challenge to her mental health presently is her pretrial detention: she has not received her lawfully-prescribed Adderall since her arrest on June 16, 2024, and was unable even to consult with a medical provider at the detention center about the issue—despite multiple requests to its administration and her attorney of record's request to the United States Marshals Service—until July 29, 2024. Ms. Gehrke still has not received Adderall or any effective medication for either of her conditions.

*Private Plane*

The Government asserts that Ms. Gehrke has access to her friend's plane, which has the capacity to fly the 200-mile distance from Phoenix, Arizona across the United States–Mexico border, and that "[a] plane, a pilot, and a favor are all that [she] would need to flee." Resp. 12. According to the Government's reasoning, no defendant who has access to a plane would be released pending trial, and that result certainly was not Congress's intention when it enacted the Bail Reform Act. Furthermore, Ms. Gehrke would need a friend and a pilot who would be willing to risk federal prosecution for the favor. Regardless, the

Government is aware, based on her aforementioned referenced-friend's interview with federal agents on July 29, 2024, that Ms. Gehrke no longer has access to the plane

Ms. Gehrke submits again that there is a combination of conditions that will assure her appearance as this Court requires and the safety of any other person and the community, and respectfully prays that this Court revoke the Order of Detention Pending Trial (ECF No. 39) and release her pending the trial of this case.

Date: August 16, 2024

Respectfully submitted,

***s/ Joshua Sabert Lowther***
Joshua Sabert Lowther, Esq.