GARY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Williams3@usdoj.gov

GLEN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: Shane.Butland2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Alexandra Gehrke, a/k/a “Lexie” Gehrke,<br><br>Defendant. | No. CR-24-CR-01040-ROS<br><br>**JOINT MOTION TO CONTINUE ORAL ARGUMENT HEARING RE: MOTION TO REVOKE DETENTION ORDER** |

The government and the defendant, Alexandra Gehrke, a/k/a “Lexie” Gehrke, jointly move to continue the Oral Argument Hearing Re: Gehrke’s Motion to Revoke Detention Order, which is set for Tuesday, August 27, 2024, at 1:30 p.m. The parties request for this matter to be continued to Wednesday, September 11, 2024, due to scheduling conflicts of counsel.

Respectfully submitted this 22nd day of August, 2024.

GARY M. RESTAINO

United States Attorney
District of Arizona

*s/ Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

GLENN S. LEON
Chief
Criminal Division, Fraud Section

*s/ Shane Butland*
SHANE BUTLAND
Trial Attorney
Department of Justice, Fraud Section

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Joshua Lowther, Esq.
*Attorney for Defendant*

*s/Daniel Parke*
U.S. Attorney's Office