GARY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: shane.butland2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jeffrey King,<br><br>Defendant. | CR-24-01040-PHX-ROS<br><br>**UNITED STATES' SUPPLEMENTAL SUBMISSION IN SUPPORT OF JEFFREY KING'S PRETRIAL DETENTION ORDER** |

The United States respectfully submits this supplemental memorandum in support of its detention motion [ECF No. 18], its proffers at Defendant Jeffrey King's ("KING") detention hearings [ECF Nos. 31 and 81], and its opposition [ECF No. 64] to KING's motion to revoke the pretrial detention order entered by U.S. Magistrate Judge Alison S.

Bachus on July 9, 2024 [ECF No. 32]. At the hearing on August 27, 2024, the Court requested additional information in consideration of whether KING is a flight risk and whether there are conditions that will ensure KING's appearance if he is not detained pending trial. The requested information concerning assets available to KING, KING's $400,000 reported income, KING's access to a private plane, and a handwritten note regarding the purchase of Maltese citizenship and the transfer of $10 million to Swiss banks is below and attached in Government Exhibits 1–9.

**<u>EVIDENCE REGARDING ASSETS AVAILABLE TO KING</u>**

**KING Jointly Controlled $613 Million in Fraudulent Proceeds**

KING is charged with the largest health care fraud scheme in the history of the District of Arizona, and one of the largest in the country. Beginning in June 2023, the fraudulent proceeds in the scheme all flowed into one account at the top of the funnel: the APX Mobile Medical LLC JP Morgan Chase ("JPMC") account x7158. The account had only two signatories who controlled the funds: KING and another uncharged individual. *See* GX 4, Signature Card for Account x7158 with KING's signature.

From June 2023 through February 2024, this account received over $613 million in money from Medicare and other health insurance programs based on the false and fraudulent claims submitted. The account was emptied to a balance of $0 in March 2024.

**KING Earned Millions More Than "$400,000" in the Past Year**

KING reported to Pretrial Services that he "was employed as a Medical Consultant last year and earned approximately $400,000." This was a lie. KING received millions of dollars in earnings in 2023 and 2024.

Bank records show that in the year prior to KING's arrest—between June and December 2023—KING diverted over $17 million in illegal kickbacks from APX Mobile Medical LLC's JPMC account x7158 to his King Medical Consultant LLC JPMC account x8875 and his JKing Ventures Inc JPMC account x7803. He also received, through his King Medical Consultant LLC account x8875, $4 million from Alexandra Gehrke ("Gehrke") via her Jexie Enterprises Inc. JPMC account x8870 on December 29, 2023; a

$2,723,713 check from Gehrke via her Apex Medical LLC JPMC account x9686 on January 15, 2024; and a $463,405 check from Gehrke via her Viking Medical JPMC account x1090 on February 10, 2024. Those three deposits alone total $7 million in less than six weeks.

KING's bank records are not the only objective evidence establishing the demonstrable falsity of his representation to Pretrial Services concerning his $400,000 income—his emails do as well. On December 4, 2023, KING emailed an invoice to APX Mobile Medical LLC's accounting firm. The invoice, attached hereto as Government Exhibit 5, shows that KING of King Medical Consultant LLC billed APX Mobile Medical LLC $5,300,000 for "November Consulting for APX Mobile Medical LLC." Notably, the invoice instructs the accountants to send the payment to a JKing Ventures Inc account x7803. Bank records show: (i) KING opened account x7803 on November 17, 2023; (ii) KING is the sole signatory on the account; and (iii) the account received a $5,300,000 deposit from APX Mobile Medical LLC on December 6, 2023.

This invoice is concerning for several reasons. First, it shows that KING made more than 13 times the amount he represented to Pretrial Services in a single deposit approximately six months prior to his arrest. Second, KING billed his own company for "consulting" services, and directed payment to another business account that serves no legitimate business purpose. The receiving JKing Ventures Inc account was not opened until two weeks before KING submitted the invoice, and there is no evidence in the records that any money that KING received from APX Mobile Medical LLC into the JKing Ventures Inc account—a $6,039,717 deposit on November 21, 2023, and this $5,300,000 deposit 15 days later—was used to pay employees or for any business expenses. Instead, KING used this account to purchase an $8,000,000 life insurance annuity. And third, the invoice shows how deeply KING was involved with APX Mobile Medical LLC, which is relevant to the strength of the evidence against him.

**KING is Sophisticated in Moving and Concealing Money**

KING was sophisticated in moving and concealing the millions of dollars in proceeds he received from his health care fraud scheme, making the funds difficult for law enforcement to trace and seize. From January 2023 through May 2024, KING opened over 30 personal, business, and investment accounts along with certificates of deposit at several different financial institutions. KING often used cashier's checks to transfer large amounts of money between his accounts. While valid, this process adds a layer of ambiguity to the tracing of funds. KING withdrew large sums of cash from his accounts, as evidenced by the more than $350,000 in cash seized by law enforcement from his home and vault on June 18, 2024. Finally, KING purchased varied assets with his fraudulent earnings, including jewelry, real estate, vehicles, gold, and a movie investment.

**KING's Account Balances as of May 31, 2024**

KING has access to millions of dollars in various accounts under his name and the names of businesses he owns and controls. The Government's financial investigation of KING's fraud and money laundering has revealed that, as of May 31, 2024 (unless otherwise indicated), KING's bank accounts had the following balances:

- $2,080,401 in Charles Schwab account x8799 (Jeff King)
- $915,174 in US Bank account x5202 (King Medical Consultant LLC)[1]
- $337,041 in Charles Schwab account x2902 (JKing Holdings LLC)
- $257,243 in American Express savings account x2802 (Jeffrey King)[2]
- $212,432 in USAA account x0199 (Jeff A. King)[3]
- $148,641 in Charles Schwab account x7287 (Jeff King)

---

[1] This balance was as of June 30, 2024, the date of the most recent records the Government has for this account.

[2] This balance was as of April 25, 2024, the date of the most recent records the Government has for this account.

[3] This balance was as of June 7, 2024, the date of the most recent records the Government has for this account.

- $100,000 in Alerus account x8568 (King Medical Consultant LLC)[4]
- $96,000 in Charles Schwab account x8345 (The Other Consulting Firm LLC)
- $12,402 in JPMC account x2595 (Jeffrey King)
- $12,374 in US Bank account x5236 (Jeffrey Amos King)[5]

These balances total $4,171,708. The Government has not seized or frozen any of these funds, and KING is the sole signatory controlling all these accounts. Thus, unless KING spent this money in the two weeks between May 30, 2024, and his arrest on June 17, 2024, or dissipated the funds since he has been detained, KING has direct control of and access to **over $4.1 million in liquid funds** that he could use to flee and live comfortably as a fugitive inside the United States or abroad.

**Tracing KING's Withdrawals Totaling $6,626,235 on April 26, 2024**

As the Government noted in its response to KING's Motion to Revoke Pretrial Detention Order [ECF No. 64 at 6], KING withdrew approximately $6,626,235 from bank accounts on April 26, 2024. Specifically, KING made the following withdrawals in cashier's checks:

- $4,769,212.17 from JPMC account x7803 (JKing Ventures Inc)
- $1,520,133.56 from JPMC account x8875 (King Medical Consultant LLC)
- $336,890 from JPMC account x8766 (JKing Holdings LLC)

These cashier's checks were deposited into the following accounts:

- $4,769,212.17 into Charles Schwab account x3965 (JKing Ventures Inc)
- $1,520,133.56 into Charles Schwab account x9244 (King Medical Consultant LLC)
- $336,890 into Charles Schwab account x2902 (JKing Holdings LLC)

On or about August 27, 2024, the Government served seizure warrants on Charles Schwab accounts x3965 and x9244, which resulted in the current balances of

---

[4] This balance was calculated based on items received from the bank through June 11, 2024.

[5] This balance was as of June 30, 2024, the date of the most recent records the Government has for this account.

$3,386,501.58 and $1,308,261.43 being frozen in each respective account, totaling $4,694,763.01. Thus, of the $6,626,235 that KING withdrew on April 26, 2024, **$1,931,472** has not been seized by the Government and is likely available to KING,[6] including a $1,300,000 pay out on May 24, 2024, from Charles Schwab x3965 to an unknown recipient.

**Spreadsheet of KING's Assets Located in his Home Office**

The Government introduced Exhibit 2 into evidence at KING's detention hearing, which is a spreadsheet that lists assets belonging to KING that was located in KING's home office on June 18, 2024, when law enforcement executed a search warrant at his home. The Government seized the following assets listed on this spreadsheet pursuant to seizure warrants on or after June 18, 2024:

| Type | Name | Value |
|---|---|---|
| Auto | 2023 Mercedes-Benz GLE 53 AMG | $90,000 |
| Auto | 2016 Ferrari 488 Spider | $280,000 |
| Gold | 121 Gold Coins, 54.25 oz | $115,000 |
| Investment | Annuity – Sentinel Security Life Insurance Co | $8,000,000 |
| Jewelry | Rolex – Submariner | $10,449 |
| Jewelry | Rolex – Sea Dweller | $14,528 |
| Jewelry | Rolex – DateJust | $14,207 |
| Jewelry | Rolex – Daytona | $32,311 |
| Jewelry | Cartier – Santos De Cartier | $7,495 |
| Jewelry | Audemars Piquet – Royal Oak Chronograph | $52,610 |
| Real Property – Residential | 1637 N. Sunset Drive, Tempe, AZ 85288 | $670,000 |
| Real Property - Residential[7] | 6246 E. Hillcrest Blvd., Scottsdale, AZ 85251 | $2,800,000 |

[6] Because these are investment accounts, this value may have fluctuated.

[7] The Government did not seize the two residential real properties, but rather recorded *lis pendens* on the properties.

The Government has not seized the following accounts[8] or assets listed on this spreadsheet:

| Type | Name | Value |
|---|---|---|
| Account | Coverdale ESA – Victory Capital Management | $2,553 |
| Account | Roth IRA – Victory Capital Management | $5,743 |
| Auto | 2016 BMW 528i | $18,000 |
| Auto | 2005 Yamaha R1 | $4,000 |
| CD | King Medical Consultant Chase 0483 | $250,000 |
| CD | J King Holdings LLC Chase 0430 | $250,000 |
| Checking - Business | Scottsdale Music Company Chase 2882 | $11,197 |
| Checking - Business | King Medical Consultant Chase 8875* | $1,582,575 |
| Checking - Business | J King Holdings LLC Chase 8766 | $516,295 |
| Checking - Business | King Ventures Inc Chase 7803* | $4,849,312 |
| Checking - Business | Capital is King LLC Chase 5191 | $309,863 |
| Checking - Business | King Medical Consultant Chase 5165 | $10,039 |
| Checking - Business | Capital is King LLC Chase 0066 | $550,007 |
| Checking - Personal | Jeff King Chase 2595 | $42,201 |
| Checking - Personal | Jeff King USAA 0199 | $25,174 |
| Cryptocurrency | Digital Assets Coinbase | $11,825 |
| Equipment | Recording Studio | $400,000 |
| Investment | Captive Insurance – Scottsdale Assurance Group Inc | $2,580,517 |
| Investment | Investments Portfolio JP Morgan Chase | $2,038,316 |
| Investment | Movie Investment – Last Meals Project | $500,000 |
| Jewelry | Tag Heuer – Carrera 16 Chronograph | $1,356 |
| Jewelry | Omega – Speedmaster Day Date | $2,533 |
| Jewelry | Tag Heuer - Formula 1 | $1,010 |
| Jewelry | Platinum Bracelet | $6,000 |
| Real Property - Commercial | 7540 E. 6th Avenue, Scottsdale, AZ 85251 | $2,000,000 |
| | **TOTAL VALUE** | **$15,968,516** |

[8] As discussed in the section above, KING moved funds from JPMC accounts x8875 and x7803 (identified on this table with an *) to Charles Schwab accounts x3965 and x9244 on April 26, 2024, and the Government recently served seizure warrants on these two Charles Schwab accounts, freezing the available funds.

**KING's Wife's Assets**

KING and his co-defendant, Gehrke, were business partners, romantic partners, and partners in crime for years. They became engaged in 2022 and married in February 2024. Gehrke received more than approximately $270 million of the $613 million in fraudulent proceeds from Medicare and other health insurance programs that KING received into the APX Mobile Medical LLC account x7158 from June 2023 through February 2024. Gehrke received an additional $22 million into her Apex Mobile Medical LLC JPMC accounts x2833 and x0115 from November 2022 to June 2023.

Gehrke used these fraudulent proceeds to purchase a variety of assets, including cryptocurrency, certificates of deposit, luxury vehicles, real estate, precious metals, and designer clothes and jewelry.

In May 2024, just a month before their arrests, Gehrke prepared a green folder for KING labeled "Lexie's Finances: in case of emergency defined as . . . incarcerated or death or incapacitated for > 6 months ex: coma. For Jeff King only." A scanned copy of the folder and its contents are attached as Government Exhibit 6. The Government seized this green folder from Mountain Vault safe deposit box #4007. KING, Gehrke, J.G. (KING's mother-in-law), and KING's daughter were "clients" who had permission to access box #4007. The records show that KING was the only individual who accessed box #4007, and he did so on May 8, 14, 15, 17, 22, and 31, and on June 11, 2024.

The contents of the green folder contain usernames, passwords, and PINs to access multiple bank accounts as well as the account numbers and balances for the following 27 accounts:

| Account Name | Account | Balance Listed |
|---|---|---|
| Alexandra Gehrke | Amex x4748 | $252,640.93 |
| Alexandra Gehrke | Apple x3026 | $239,482.07 |
| Lexie Gehrke Personal Acct | AZ Financial Credit Union x0009 | $250,001.37 |
| Simplified Employee Plan | Charles Schwab x046 | $100,812.14 |
| Charitable Gift Account | Charles Schwab x153 | $3,068,574.13 |
| AMTG Medical | Charles Schwab x438 | $13,416,302.36 |

| Account Name | Account | Balance Listed |
|---|---|---|
| Designated Beneficiary IN | Charles Schwab x726 | $3,312,071.26 |
| Jexie Enterprises | Charles Schwab x986 | $7,269,905.47 |
| Lexie Money Mkt | US Bank x5022 | $250,000.00 |
| The Consulting Firm | US Bank x5772 | $3,333,676.12 |
| AMTG Medical Consultant | Wells Fargo x0871 | $837,228.60 |
| Lexie Cash | Wells Fargo x1487 | $556,562.00 |
| Lexie Bill Pay | Wells Fargo x1495 | $568,673.04 |
| Lexie Extra Save | Wells Fargo x3965 | $547,059.09 |
| Joan 500 Save | Wells Fargo x3973 | $645.93 |
| Biz Emergency Fund | Wells Fargo x5339 | $500.08 |
| L Emergency Fund | Wells Fargo x8608 | $570,176.60 |
| AMTG Biz Check | AZ Financial Credit Union x0009 | $250,000.00 |
| Capital is King | Alerus x2750 | $912,857.28 |
| Alexandra Gehrke | Alerus x7834 | $1,997,722.93 |
| AMTG Medical | Alerus x8220 | $2,288,448.82 |
| Jexie Enterprises | Alerus x8329 | $2,800,000.00 |
| Alexandra Gehrke | US Bank x5798 | $19,565,481.04 |
| Fitzgerald Trust | US Bank x7665 | $938,212.13 |
| AMTG | US Bank x7681 | $14,328,544.36 |
| Jexie Inc | US Bank x7699 | $11,792,414.25 |
| Jexie Enterprises Inc | Wells Fargo x1101 | $1,000,000.00 |

Of these accounts, the Government has seized only the ones highlighted in orange. The balances on the other accounts total **$34,824,311**, some or all of which the Court can reasonably conclude that Gehrke would make available to KING if he were released. This staggering amount of money provides a profound means for KING to flee, and the significant prison sentence he faces if convicted in this case provides all the motive.

What's more, the last page of the green folder contains "passphrases" that Gehrke left for KING to access cryptocurrency—even more money he could use to live comfortably as a fugitive if released.

**KING's Associates' Assets**

KING and his co-defendant wife were not the only ones who got rich from their scheme; they also made millionaires out of their fellow executives, the "sales representatives" with whom they contracted, and KING's own mother-in-law, J.G., whose "commission" check in December 2023 alone exceeded $1 million:




Indeed, at least twelve "sales representatives" received over $1 million in a year or less, from April 2023 through March 2024, as a result of KING and Gehrke's scheme, and four of these individuals received over $5 million each. KING's mother-in-law, J.G., received more than $2.5 million.

The loyalty that KING, his wife, and this payment structure engendered is evident from KING and Gehrke's February 2024 wedding guest list—which included several of Apex Medical's top-earning sales representatives—and the presence of an Apex Medical sales representative at one of KING's recent court appearances in this case. It is not unreasonable to conclude that someone whose newfound wealth can be directly traced to KING would consider subsidizing KING's flight from prosecution as a token of their gratitude if KING were released. In addition to the tens of millions of dollars identified above that KING has direct control of or likely access to through his wife, this is yet another potential source of substantial money KING could use to flee.

**KING'S ACCESS TO PRIVATE AND CHARTERED AIRPLANES**

As the Government previously proffered, J.T., a close friend of KING's wife, owns an airplane. [ECF No. 64 at 13.] J.T. was involved in KING's and Gehrke's fraudulent scheme, made millions of dollars during the scheme, gave a speech at KING and Gehrke's wedding, and was included on the leases of the safe deposit boxes containing proceeds of the fraud. J.T. still owns the plane, and it was last used to fly from Las Vegas, Nevada, to Santa Ana, California, on August 22, 2024.

Furthermore, KING frequently flew on JSX, which is a "public charter operator" that provides "hop-on jet service" to multiple destinations, including Mexico. *See* https://www.jsx.com/about/company. KING took at least ten flights on JSX from June through November 2023. *See, e.g.*, GX 7 (email confirming KING's flights on JSX on June 19 and 25, 2023). Notably, JSX, like many other companies in the Phoenix area, offers "jets [that] are available for charter . . . throughout the contiguous United States, Mexico, Canada and the Caribbean" for as low as $25,000 per day. https://www.jsx.com/charter. If released, KING has the money and the motive to charter a plane to flee and remain in hiding either domestically or abroad.

Moreover, Government records reflect that KING travelled to Mexico six times from June 2022 through March 2024, crossing the border in Lukeville, Arizona, by car to return each time. Lukeville is less than a three-hour drive from Phoenix. If released, KING would have a strong incentive to flee to Mexico by vehicle, and he would not be the first health care fraud defendant to flee across the Mexican border. *See* https://www.justice.gov/opa/pr/fugitive-lawyer-involved-largest-social-security-fraud-scheme-sentenced-15-years-prison-his (defendant "fled the country . . . by severing the electronic monitoring device from his ankle and fleeing across the Mexican border").

**HANDWRITTEN NOTES**

Exhibit 3, the handwritten note regarding purchasing Maltese citizenship for $1,200,000 and transferring $10,000,000 to Swiss banks via the Cooke Islands, was recovered from Mountain Vault safe deposit box #3961:



Reccomendations –

• Dual Citizenship in Malta to go to Euro countries –

pay 1,200,000 –
fees 50,000 –
1,250,000 –

• BANKING VIS-A-VIS Cooke Islands TO SWISS BANKS (24 month hold)

amount 10,000,000 –
TAKES on IT 4,000,000 –
Fees 50,000. –
NEED $ TO cover $14,050,000 –

15,300,000

77,865,808 –
– 15,300,000 –
$ 62,565,808 –

KING, Gehrke, J.G. (KING's mother-in-law), and J.T. (Gehrke's trusted friend) were "clients" who had permission to access box #3961, which was leased just a month before KING and Gehrke's arrests. The Government has compared the handwriting of this specific note to other evidence in the case and believes that the handwriting appears to be that of KING's mother-in-law, J.G.

KING and Gehrke had been together for years before marrying in February 2024. They leased the safe deposit box containing Exhibit 3 three months after their wedding and one month prior to attempting to board an international flight to begin a 36-day European honeymoon together. It defies logic that Gehrke was not only making secret plans to transfer $10 million to Swiss bank accounts, obtain Maltese citizenship, and flee to Europe without her husband's knowledge, but that she thought the best way to conceal this secret plan was to place documentation of its existence in a safe deposit box accessible to him.

The Government seized other relevant notes that it believes to be in KING's handwriting. These were recovered from KING's home office during the execution of the

search warrant on June 18, 2024. *See* GX 8 (photo of KING's home office desk). One note includes the following excerpt of a task list:




One item on the list is "Move 2m to bit," which the Government believes means that KING intended to move $2 million to bitcoin, a type of virtual currency. *See* GX 9 (yellow notepad with task list in KING's handwriting). Virtual currency is not illegal in the United States and may be used for legitimate financial transactions. However, virtual currency is frequently used by criminals to hide assets from law enforcement.

**POTENTIAL CONDITIONS OF RELEASE**

As ordered by the Court at the hearing on August 27, 2024, the Government conferred with counsel for KING regarding a bond package that could reasonably ensure KING's appearance if released. Counsel for KING proposed the following conditions:

- 24-hour home confinement with electronic monitoring
- Surrender of KING's passport
- Surrender of KING's children's passports
- Transfer of the following funds to an escrow account, inaccessible to KING, pending the outcome of this case: (1) approximately $1 million that KING paid to a builder to construct a music studio, and (2) approximately $2,580,000 from a captive insurance account with Scottsdale Assurance Group Inc.

- Make the deed to the $2 million commercial property at 7540 E. 6th Avenue, Scottsdale, AZ 85251, inaccessible to KING, pending the outcome of this case.

Counsel for KING said that he was unable to identify significant assets that could be posted by KING as a secured bond. The Government gave due consideration to the conditions of release proposed by KING's counsel, and the Government does not believe that these conditions will assure KING's appearance as required.

Taking everything as a whole—the numerous charged crimes of deception and deceit, the severity of the charges against KING, the potential penalties KING faces if convicted (a maximum penalty of 75 years with a Guidelines range of life), the staggering amount of money involved in KING's fraud scheme, the weight of the evidence against KING (including two co-conspirators who pled guilty and implicate KING), the sophistication with which KING moved money to conceal his fraudulent proceeds, the substantial assets that KING still controls and are available to him, the significant assets potentially available to KING from his wife and associates, the cryptocurrency, the more than $350,000 in cash recovered from KING's residence and safe deposit boxes, the note about purchasing Maltese citizenship, the note about transferring millions to Swiss banks, Phoenix's proximity to the Mexican border, the book "How to Disappear: Erase Your Digital Footprint, Leave False Trails, and Vanish Without a Trace" recovered from KING's home, the "Criminal Law Handbook" and three "burner phones" packed in luggage for his international flight the day of his arrest, and KING's blatant lies to Pretrial Services—there is no doubt that KING is a serious flight risk and no conditions of release will ensure KING's return to Court.

Accordingly, the Government respectfully requests that KING remain detained pending trial.

Respectfully submitted,

GARY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
District of Arizona

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By: *s/ Shane Butland*
SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

Dated: August 29, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing, which will transmit a Notice of Electronic Filing to CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Shane Butland*

Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice