# Government Exhibit 1

