# Government Exhibit 2

### Table 1

| Type | Category | Name | Purchase Price | Value, Jeff | |
|---|---|---|---|---|---|
| Account | Coverdale ESA | Victory Capital Management | | $2,553.00 | |
| Account | Roth IRA | Victory Capital Management | | $5,743.00 | |
| Auto | 2016 BMW | 528i | $14,000.00 | $18,000.00 | |
| Auto | 2023 Mercedes-Benz | GLE 53 AMG | $0.00 | $90,000.00 | |
| Auto | 2016 Ferrari | 488 Spider | | $280,000.00 | Titled under Jexie Inc which is Lexie's company, but belongs to Jeff. Was a gift from Lexie for wedding |
| Auto | 2005 Yamaha | R1 | $5,500.00 | $4,000.00 | |
| CD | King Medical Consultant | Chase 0483 | | $250,000.00 | |
| CD | J King Holdings LLC | Chase 0430 | | $250,000.00 | |
| Checking - Business | Scottsdale Music Company | Chase 8228 | | $11,197.00 | |
| Checking - Business | King Medical Consultant | Chase 8875 | | $1,582,575.00 | |
| Checking - Business | J King Holdings LLC | Chase 8766 | | $516,295.00 | |
| Checking - Business | King Ventures Inc | Chase 7803 | | $4,849,312.00 | |
| Checking - Business | Capital is King LLC | Chase 5191 | | $309,863.00 | Joint with Lexie |
| Checking - Business | King Medical Consultant | Chase 5165 | | $10,039.00 | |
| Checking - Business | Capital is King LLC | Chase 0066 | | $550,007.00 | Joint with Lexie |
| Checking - Personal | Jeff King | Chase 2595 | | $42,201.00 | |
| Checking - Personal | Jeff King | USAA 0199 | | $25,174.00 | |
| Crypto | Digital Assets | Coinbase | | $11,825.00 | |
| Equipment | Recording Studio | Estimated gear & Software | $600,000.00 | $400,000.00 | Estimated |
| Gold | 121 Gold Coins, 54.25 oz | Multiple countries | $110,670.00 | $115,000.00 | |
| Investment | Captive Insurance | Scottsdale Assurance Group Inc | | $2,580,517.00 | AASI - Captive Insurance |
| Investment | Investments Portfolio | JP Morgan Chase | | $2,038,316.02 | |
| Investment | Annuity | Sentinel Security Life Insurance Co | | $8,000,000.00 | AASI - Annuity |
| Investment | Movie Investment | Last Meals Project | | $500,000.00 | AASI - Movie Investment |
| Jewelry | Rolex | Submariner | $8,000.00 | $10,449.00 | |
| Jewelry | Rolex | Sea Dweller | $12,250.00 | $14,528.00 | |
| Jewelry | Rolex | DateJust | $12,500.00 | $14,207.00 | |
| Jewelry | Rolex | Daytona | $34,000.00 | $32,311.00 | |
| Jewelry | Tag Heuer | Carrera 16 Chronograph | $3,250.00 | $1,356.00 | |
| Jewelry | Cartier | Santos De Cartier | $0.00 | $7,495.00 | |
| Jewelry | Audemars Piquet | Royal Oak Chronograph | $51,000.00 | $52,610.00 | |
| Jewelry | Omega | Speedmaster Day Date | $1,400.00 | $2,533.00 | |
| Jewelry | Tag Heuer | Formula 1 | $0.00 | $1,010.00 | |
| Jewelry | Platinum bracelet | | | $6,000.00 | |
| Real estate - Commercial | Property | 7540 E. 6th Ave. Scottsdale, Az 85251 | $1,850,000.00 | $2,000,000.00 | J King Holdings LLC |
| Real estate - Residential | Property | 1637 N. Sunset Dr. Tempe, Az 85288 | $645,000.00 | $670,000.00 | J King Holdings LLC |
| Real estate - Residential | Property | 6246 E. Hillcrest Blvd. Scottsdale, Az 85251 | $5,600,000.00 | $2,800,000.00 | Capital Is King, Owned jointly with Lexie. |