# Government Exhibit 3

WELLS FARGO

| | | |
|---|---|---|
| Biz Emerg Fund | (5339) | 500.07 |
| Lexie Cash | (1487) | 556,728.50 |
| Lexie Billpay | (1495) | 2,248,321.44 |
| Lexie Ving | (1101) | 5,688,062.92 |
| AMTG Ving | (0871) | 5,250,059.31 |

/ 13,743,670 –

77,865,808 –

Reccomendations –

- Dual Citizenship in Malta to ~~gett~~ Euro countries – go to

pay 1,200,000 –
fees 50,000 –
1,250,000 –

- BANKING VIS-A-VIS Cooke Islands TO SWISS BANKS (24 month hold)

amount 10,000,000 –
TAKES ON IT 4,000,000 –
Fees 50,000. –
NEED $ TO COVER $14,050,000 –

15,300,000

77,865,808 –
– 15,300,000 –
$ 62,565,808 –