# Government Exhibit 5

| | |
|---|---|
| **From:** | Jeff King |
| **To:** | [redacted]; [redacted] |
| **Subject:** | November Invoice from JKing Ventures Inc - King Medical Consultant LLC |
| **Date:** | Monday, December 4, 2023 2:04:18 PM |
| **Attachments:** | King Medical Consultant LLC invoice November 23".pdf |

---

Hi Nadia and Don,
Here is the invoice for November. Please let me know if you have any questions.
Best Regards,

**Jeff King**

**Email: Jeff.King@APX-Mobile-Medical.com**
**Mobile:** [redacted]
[redacted]

**The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material*

## KING MEDICAL CONSULTANT LLC

# INVOICE

[redacted]

[redacted]

Attention: Nadia Conn
Title: CEO
West to East Business Solutions LLC
[redacted]
Phoenix, Az 85016
Date: 12/4/23

Project Title: November Consulting for APX Mobile Medical LLC
Project Description: Consulting for APX Mobile Medical LLC
Invoice Number: 12.1.23
Terms: 7 Days

Payment Instructions: Please send to

JKing Ventures Inc

Account # [redacted]7803

Routing # [redacted]

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| November invoice | | | $5,300,000.00 |
| | | | |
| | | Subtotal | $5,300,000.00 |
| | | Total | $5,300,000.00 |

Thank you for your business. It's a pleasure to work with you on your project.

Sincerely yours,

Jeff A. King

King Medical Consultant LLC