# Government Exhibit 6

# Lexiès finances

→ incase of emergency defined

incarcerated or death or incapacitated
For > 6 months
ex: coma

For Jeff King only

DATE 4 /30/ 24

CONTACT: Banking [redacted]

Arizona Financial Credit Union 4-30-24

- ☐ Personal acct $ 250,000.00
- ☐ The Consulting Firm LLC $ 78,828.00
- ☑ AMTG Medical consultant LLC $ 250,000.00
- ☑ Jexie Enterprises inc $ 1,000,000.00

Jexie Enterprises inc.
ACCT # [redacted] 5102
RTN. # [redacted]
PIN # [redacted]
$1MM (4-30)
un: [redacted]
pass: [redacted]

AMTG Medical Consultant LLC
Acct # [redacted] 5112
RTN # [redacted]
PIN # [redacted]
$ 250,000.00 (4-30)
un: [redacted]
pass: [redacted]

The Consulting Firm LLC (TCF Revocable trust
ACCT # [redacted] 5114
RTN # [redacted]
PIN # [redacted]
$ 78,828.00 (4-30)
un: [redacted]
pass: [redacted]

Alexandra Gehrke personal acct
ACCT # [redacted] 5125
RTN # [redacted]
PIN # [redacted]
$ 250,000.00 (4-30)
Bonificiary(s)
Jeff King & Joan Gehrke
un: [redacted]
pass: [redacted]

Lola DESIGN

## Welcome to Alerus Business Banking

**Attention Secure Browser Users - CLICK HERE DETAILS**

**Important Notice: Protect Yourself from ACH and Wire Fraud**

### Navigation Center

### Message Center

| | |
|---|---|
| 2 | Bulletins |
| 0 | Messages |
| 0 | Notifications |

### Action Center

| | |
|---|---|
| 0 | ACH Approvals Pending |
| 0 | Wire Approvals Pending |
| 0 | Transfer Approvals Pending |
| 1 | Expired Payments |
| 0 | Users Locked Out |

### Account Center

**CHECKING**

Data reported as of May 29, 2024 12:07 AM CDT

| Account Number | Current Balance | Available Balance |
|---|---|---|
| **Number of Accounts: 4** | **$7,999,670.90** | **$7,999,029.03** |
| *7834 ALEXANDRA GEHRKE Checking | $1,997,722.93 | $1,997,722.93 |
| *8220 AMTG MEDICAL Checking | $2,289,090.69 | $2,288,448.82 |
| *8329 JEXIE ENTERPRISES Checking | $2,800,000.00 | $2,800,000.00 |
| *2750 Capital is King Checking | $912,857.28 | $912,857.28 |



Welcome to Alerus Business Banking! Please contact our Treasury Service Center or your Advisor at 800-279-3200 option 1, then option 2 for Business Essentials or option 3 for Commercial Advantage.

### Resource Center

Secure Browser

* indicates required fields
Page generated on 05/29/2024 at 12:07 AM CDT

Copyright 2024 Alerus Financial

## Account summary

**$50,208,327.90**
Total assets

Hide balances

## Accounts

### Checking and savings — $50,208,327.90

| | |
|---|---|
| U.S. Bank<br>The Consulting Firm ...5772 | $3,333,676.12 |
| U.S. Bank<br>Alexandra Gehrke ...5798 | $19,565,481.04 |
| U.S. Bank<br>Fitzgerald Trust ...7665 | $938,212.13 |
| U.S. Bank<br>TCF Trust ...7673 | $0.00 |
| U.S. Bank<br>AMTG ...7681 | $14,328,544.36 |
| U.S. Bank<br>JEXIE INC ...7699 | $11,792,414.25 |
| U.S. Bank<br>LEXIE MONEY MKT ...5022 | $250,000.00 |

### Investment and retirement — $0.00

| | |
|---|---|
| U.S. Bank<br>ALEXANDRA M GEHRKE AGENCY ...9700 | $0.00 |

### Other investments and retirement[1] — $0.00

| | |
|---|---|
| U.S. Bank<br>AMTG MEDICAL CONSULTANT LLC MNG AGY ...9500 | $0.00 |
| U.S. Bank<br>JEXIE ENTERPRISES INC AGENCY ...9600 | $0.00 |

Add external accounts

## Overview

### Activity

Filter All accounts

COMPLETED

| | | |
|---|---|---|
| Deposit | Alexandra Gehrke ...5798 | + $192,611.03 5/24/2024 |
| Branch Phone Transfer Dep | Alexandra Gehrke ...5798 | + $15,000,000.00 5/24/2024 |
| Branch Phone Transfer | Alexandra Gehrke ...5798 | $15,000.00 5/24/2024 |
| Customer Initiated Transfer | Alexandra Gehrke ...5798 | + $15,000.00 5/24/2024 |
| Reversed Charge Wire Transfer 05/15 Card 0000 | Alexandra Gehrke ...5798 | + $20.00 5/15/2024 |

View more transactions

Need to provide individuals access to view your accounts? Click here.

# Summary

Schwab 5-28-24

Updated 01:33:43 AM ET, 05/29/2024

## Total Value

| Total Value | Day Change | 6-Month Change |
|---|---|---|
| $24,099,091.23 | -$19,813.01 (-0.08%) | +$24,092,909.23 (+389,726.77%) |

## Accounts

4 of 5 accounts included in Total Value

| Investment | Type | Cash & Cash Investments | Account Value | Day Change $ | Day Change % |
|---|---|---|---|---|---|
| AMTG Medical ...438 Brokerage | Brokerage | $143.86 | $13,416,302.36 | -$18,079.10 | -0.13% |
| Designated Beneficiary IN ...726 Brokerage | Brokerage | $6,903.11 | $3,312,071.26 | -$7.42 | 0.00% |
| Simplified Employee Plan ...046 IRA | IRA | $5.46 | $100,812.14 | -$53.12 | -0.05% |
| Charitable Gift Account ...153 Alliance Charitable Gift Account | Charitable Gift Account | $124,313.99 | $3,068,574.13 | -$7,188.05 | -0.23% |
| JEXIE Enterprises ...986 Brokerage | Brokerage | $746.05 | $7,269,905.47 | -$1,673.37 | -0.02% |
| Investment Total | | $132,112.47 | $27,167,665.36 | -$27,001.06 | -0.10% |

Add a Non-Schwab Account Learn More

Disclosures

## Positions

### Equities

| Symbol / Name | Quantity | Price | Price Change $ \| % | Market Value | Day Change $ \| % | Cost Basis | Gain / Loss $ \| % | Ratings | Reinvest | % of Holdings |
|---|---|---|---|---|---|---|---|---|---|---|
| Equities Total | | | | $5,029,924.54 | -$10,184.64 (-0.2%) | $4,939,763.20 | +$73,281.05 (1.48%) † | | | 18.51% |

### ETFs & Closed End Funds

| Symbol / Name | Quantity | Price | Price Change $ \| % | Market Value | Day Change $ \| % | Cost Basis | Gain / Loss $ \| % | Ratings | Reinvest | % of Holdings |
|---|---|---|---|---|---|---|---|---|---|---|
| ETFs & Closed End Funds Total | | | | $9,900,177.79 | -$13,944.22 (-0.14%) | $3,268,802.23 | +$15,782.69 (0.48%) † | | | 36.44% |

### Mutual Funds

| Symbol / Name | Quantity | Price | Price Change $ \| % | Market Value | Day Change $ \| % | Cost Basis | Gain / Loss $ \| % | Ratings | Reinvest | % of Holdings |
|---|---|---|---|---|---|---|---|---|---|---|
| Mutual Funds Total | | | | $8,026,866.16 | -$1,368.59 (-0.02%) | $3,261,349.45 | +$69,475.67 (2.13%) † | | | 29.55% |

### Fixed Income

| Symbol / Name | Quantity | Price | Price Change $ \| % | Market Value | Day Change $ \| % | Cost Basis | Gain / Loss $ \| % | Ratings | Reinvest | % of Holdings |
|---|---|---|---|---|---|---|---|---|---|---|
| Fixed Income Total | | | | $801,081.88 ‡ | +$869.08 (0.11%) | $800,502.18 | -$579.70 (0.07%) | | | 2.95% |

### Cash & Money Market

| Symbol / Name | Quantity | Price | Price Change $ \| % | Market Value | Day Change $ \| % | Cost Basis | Gain / Loss $ \| % | Ratings | Reinvest | % of Holdings |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Money Market Total | | | | $3,409,614.99 ‡ | +$83.13 (0%) | $3,277,502.52 | $0.00 (0%) | | | 12.55% |

‡. The value reported may not reflect the current price.
†. Items without cost basis are not included in totals
*. Data for this holding has been edited.
Disclosures

(0219-9ZM, 0918-8X3G)

Today's Date: 01:30 AM ET, 05/29/2024

Own your tomorrow.

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value

Charles Schwab Bank, SSB, Charles Schwab Premier Bank, SSB, and Charles Schwab Trust Bank (collectively, "Affiliated Banks") and Charles Schwab & Co., Inc. ("Schwab") are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Deposit products and services are offered by the Affiliated Banks, Members FDIC. Lending products and services, including the Pledged Asset Line, are offered by Charles Schwab Bank, SSB, Member FDIC and an Equal Housing Lender. The Affiliated Banks are not acting or registered as securities broker-dealers or investment advisors.

Bank Sweep deposits are held at one or more FDIC-insured banks (including the Affiliated Banks, and collectively, the "Program Banks"). Funds deposited at Program Banks are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC).

Brokerage products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc., Member SIPC, are not insured by the FDIC, are not deposits or obligations of the Program Banks, and are subject to investment risk, including the possible loss of principal invested.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

apple High Yield Savings acct

Goldman Sachs

# Statement

**Savings Customer:**
Alexandra Gehrke, Lexie.Gehrke@APX-medical.com
Account [redacted]3026
Routing [redacted]

Apr 1 - Apr 30, 2024

# Savings

## Account Summary

| | |
|---|---|
| Beginning Balance (as of Apr 1) | $238,634.57 |
| Interest Paid | $844.99 |
| Daily Cash Deposits | $2.51 |
| Other Deposits | $0.00 |
| Withdrawals | $0.00 |
| **Ending Balance (as of Apr 30)** | **$239,482.07** |

## Interest

| | |
|---|---|
| Annual Percentage Yield Earned | 4.41% |
| Interest Paid this Period | $844.99 |
| Days in the Period | 30 |
| Interest Year to Date | $3,415.77 |

## Account Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 04/01/2024 | Opening Balance | | $238,634.57 |
| 04/05/2024 | Daily Cash Deposit | $0.33 | $238,634.90 |
| 04/05/2024 | Daily Cash Deposit | $0.23 | $238,635.13 |
| 04/14/2024 | Daily Cash Deposit | $0.10 | $238,635.23 |
| 04/14/2024 | Daily Cash Deposit | $0.65 | $238,635.88 |
| 04/19/2024 | Daily Cash Deposit | $0.33 | $238,636.21 |
| 04/25/2024 | Daily Cash Deposit | $0.16 | $238,636.37 |
| 04/26/2024 | Daily Cash Deposit | $0.42 | $238,636.79 |
| 04/28/2024 | Daily Cash Deposit | $0.29 | $238,637.08 |
| 04/30/2024 | Interest Paid | $844.99 | $239,482.07 |
| **Closing Balance** | | | **$239,482.07** |

Deposit products provided by Goldman Sachs Bank USA, Salt Lake City Branch. Member FDIC.

Goldman Sachs

# Statement

**Savings Customer:**
Alexandra Gehrke, Lexie.Gehrke@APX-medical.com
Account [redacted]3026
Routing [redacted]

Apr 1 - Apr 30, 2024

## Legal

**In Case of Errors or Questions About Your Electronic Transfers:**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at 877-255-5923 or write us at:

Goldman Sachs Bank USA
Salt Lake City Branch
Lockbox 7022
P.O. Box 71022
Philadelphia, PA 19176-1022

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appears.

Give us the following information:

1. Tell us your name and account number
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it to be an error or why you need more information
3. Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions About Your Non-Electronic Transactions:**

Contact Goldman Sachs Bank USA immediately if your statement is incorrect or if you need more information about any non-electronic transactions on this statement. If any such error appears, you must notify Goldman Sachs Bank USA in writing no later than 30 days after the statement was made available to you. For more complete details, see the Deposit Account Agreement or other applicable account agreement that governs your account.

AMERICAN EXPRESS Personal Savings

**American Express National Bank**
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

**Account Statement For:**
ALEXANDRA GEHRKE
Statement Period: April 17, 2024 - May 16, 2024
Number of Days in Statement Period: 30


00000642 TAMXDS051724125556 21 000000000 003
ALEXANDRA GEHRKE
[redacted]
PHOENIX AZ [redacted]

## Summary of My Accounts

| Product Name | Number | Ending Balance |
|---|---|---|
| High Yield Savings Account | xxxxxxxx4748 | $252,640.93 |
| **Total** | | $252,640.93 |

## Customer Service Information

**Customer Care:**
Contact us at 1-800-446-6307

**Visit Us Online:**
personalsavings.americanexpress.com

**Written Inquiries:**
American Express National Bank
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

## Account Owner(s): ALEXANDRA GEHRKE
## High Yield Savings Account: xxxxxxxx4748

### Account Summary

| Date | Transactions | Amount |
|---|---|---|
| **04/17/2024** | **Balance Last Statement** | **$251,777.85** |
| | **Total Debits This Period** | **$0.00** |
| | **Total Credits This Period** | **$863.08** |
| **05/16/2024** | **Ending Balance** | **$252,640.93** |
| | **Interest Credited This Period** | **$863.08** |
| | **Interest Credited Year-to-Date** | **$2,640.93** |
| | **Interest Earned 4/17/2024 to 5/16/2024** | **30 Days** |
| | **Annual Interest Rate*** | **4.16240%** |
| | **Annual Percentage Yield (APY)*** | **4.25%** |
| | **Annual Percentage Yield Earned This Period** | **4.25%** |

* Please note that the Interest Rate and the Annual Percentage Yield (APY) noted above reflect the rates in effect as of the last day of this statement period. If rates were adjusted during the statement period, the rates reflected above may not have been the rate applied throughout the entire statement period.

**WELLS FARGO**

Lexie's Wells Fargo accts

# ⊖ Customize Your Account Summary

Make your Account Summary page work best for you. Arrange accounts and categories in your preferred order, and choose whether or not to display categories and balances.

## ⊖ Cash Accounts $4,080,845.34

AMTG MEDICAL CONSULTANT LLC Accounts $837,228.60

AMTG CHECKING ...0871 $837,228.60

JEXIE ENTERPRISES INC Accounts $1,000,000.00

JEXIE CHECKING ...1101 $1,000,000.00

Personal Accounts $2,243,616.74

BIZ EMERGENCY FUND ...5339 $500.08

LEXIE CASH ...1487 $556,562.00

LEXIE BILL PAY ...1495 $568,673.04

Category Controls

Show categories

Show category balances

Save

Cancel

Reset to Default

JOAN 500 SAVE
...3973
$645.93

L EMERGENCY FUND
...8608
$570,176.60

LEXIE EXTRA SAVE
...3965
$547,059.09

*Account Disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

Equal Housing Lender

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

Arizona Financial

05/28/2024 09:23 PM

## AMTG BIZ CHECK 0009

Available** **$250,000.00**

Current **$250,000.00**

### May 19, 2024 - May 28, 2024 10 days

| Date | Description | Amount | Balance |
|---|---|---|---|

**There are no transactions within this date range.**

** Your Available Balance may not include transactions not yet presented to Arizona Financial. We recommend you maintain a record of all transactions you have authorized.

Lexie Gehrke personal acct
Arizona Financial Credit union

Arizona Financial 05/28/2024 09:13 PM

## Account details - CHECKING PLUS 0009

| | |
|---|---|
| Available** | $250,001.37 |
| Current | $250,001.37 |
| Type | Checking Plus |
| Number | 0009 |
| Routing number | [redacted] |
| ACH number | [redacted]5125 |
| MICR | [redacted]25125 |
| YTD interest | $1.37 |
| 2023 interest | $0.00 |

** Your Available Balance may not include transactions not yet presented to Arizona Financial. We recommend you maintain a record of all transactions you have authorized.

CRYPTOCURRENCY
PASSPHRASES
REDACTED

[CONFIDENTIAL]

Purple ledger

STORE SECURELY - NEVER SHARE

STORE SECURELY - NEVER SHARE

Black ledger

[CONFIDENTIAL]

CRYPTOCURRENCY
PASSPHRASES
REDACTED