# Government Exhibit 7

**From:** JSX Customer Support
**To:** jeff.king@apx-mobile-medical.com
**Subject:** Your JSX Flight
**Date:** Friday, June 16, 2023 5:17:06 PM

**Confirmation: CBCEWK**

**JEFFREY,**

**Thank you for choosing to hop on with JSX!**

Your flight itinerary is included below. Please retain confirmation number CBCEWK for future reference.

**Passenger Information:**

| Name | Flight - Seat |
|---|---|
| JEFFREY AMOS KING | 470 - 11A<br>475 - 13A |
| ALEXANDRA GEHRKE | 470 - 11C<br>475 - 13C |

**Flight Information:**

| Date | Flt | Depart | | Arrive | |
|---|---|---|---|---|---|
| Jun 19 2023 | 470 | Sky Harbor International Airport (PHX) | 7:50 AM | Rocky Mountain Metropolitan Airport (BJC) | 10:30 AM |
| Jun 25 2023 | 475 | Rocky Mountain Metropolitan Airport (BJC) | 12:45 PM | Sky Harbor International Airport (PHX) | 1:45 PM |

| | |
|---|---|
| Base Fare: | $1224.94 |
| Tax: | $111.06 |
| | ------------------ |
| Total: | $1336.00 |
| PHX-BJC Seat Selection: | $0.00 |
| BJC-PHX Seat Selection: | $0.00 |
| PHX-BJC Seat Selection: | $0.00 |
| BJC-PHX Seat Selection: | $0.00 |
| | ------------------ |
| Total Including Service Charges: | $1336.00 |
| Visa (9940): | $1336.00 |
| | ------------------ |
| Balance Due: | $0.00 |

## HOW TO FLY WITH JSX

Flying JSX out of our private terminals is a very different experience than flying out of the main airport terminal. Perhaps it's been a while since we've seen each other, or maybe it's your first time flying with us. Either way, we'd like to tell you a little bit about what to expect. We're confident you're going to love it.

**(BJC) Denver/Boulder/Rocky Mountain, CO**

- Our private terminal is located at 11755 Airport Way, Broomfield, CO 80021
- Self-parking: Available on-site for a fee. We suggest rideshare services like Uber or Lyft.
- Valet parking: Not available.

**(PHX) Phoenix-Sky Harbor Int'l Airport**

- Our private terminal is located at 2700 East Old Tower Road, Phoenix, AZ 85034
- Valet: Available onsite for $35/day. Due to very limited space, there is no self-parking available. We recommend using rideshare services like Uber or Lyft.

**EXCLUSIVE PERKS AT CASTLE HOT SPRINGS:** JSX Customers flying to Phoenix can enjoy exclusive resort amenities and a special discount at Castle Hot Springs, a Sonoran escape where adventure meets serenity. Go remote without roughing it: your rejuvenating Castle Hot Springs vacation starts here.

**Check-In**
Please check in 20-30 minutes before for domestic flights and at least 40 minutes before for international flights. A valid, unexpired government ID must be physically presented at check-in. Contact us at least 1 hour before your flight if you do not have a valid identification document.

**Baggage Allowance**

- Onboard: You can bring one (1) personal item onboard like a small backpack or handbag and it must easily fit underneath the seat in front of you. This item cannot be larger than 13" x 11" x 17".
- Checked: Hop On fares may check up to two (2) bags weighing 50lbs each. All In fares may check an additional 3rd bag. Extra pieces or overweight items will be subject to fees. Sporting equipment must be secured in a hard-sided container and each container counts as 1 checked bag.

**Rental Cars**
Go Rentals is our onsite elite car rental partner. Avoid shuttles and drive off in your fully detailed and sanitized vehicle just moments after touching down. Vehicles are available onsite in nearly all JSX locations. Reserve your vehicle today by calling Go Rentals at (888) 888-1143 or emailing jsx@gorentals.com.
*Go Rentals is not available in Los Angeles (LAX).

This receipt confirms your agreement to the Contract of Carriage and the Operator Participant Agreement. Please do not reply to this message. If you have any questions, please contact us directly:

**JSX Contact Information**
customersupport@jsx.com
(800) iFLYJSX

Welcome to the joyful, simple experience of flying with JSX! Looking for even more simplicity? Download our App and book your next trip in seconds.

Copyright 2023 JSX. All Rights Reserved.