# Government Exhibit 8


8
3
4
LIFETIME
VALHALLA
AMPLIFICATION