# Government Exhibit 9

~~Monday~~

Mon - ~~Cashiers check 14k~~

Tues - ~~Pick up car~~

- ~~In Mobile - Don~~
- SMC Inventory email
- ~~11:30 BK counting~~
- ~~12pm Studio~~
- ~~2pm Adam studio~~

~~Pick up Drums & Set up~~

Tuesday

- ~~Money from Chase to U.S. Bank~~
- ~~Call w/ Nolan Terry Taxes~~
- Move 2m to bit
- ~~Supplemental services architect~~
- Book trip
- Update Addresses on ACC
  - owner
- Herman Miller chair from Studio
- Home Owners insurance
- Pay [redacted] 202,050.00
- 112,000 from Capital is King
- Pay 6,226.29 to Captive