GARY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

REBECCA YUAN
Assistant Chief
SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-262-3520
Telephone: 202-286-1177
Email: Rebecca.Yuan@usdoj.gov
Email: Shane.Butland2@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>1. Alexandra Gehrke, a/k/a "Lexie" Gehrke, and<br><br>2. Jeffrey King,<br><br>Defendants. | CR-24-01040-PHX-ROS<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

NOTICE is hereby given, in accordance with Criminal Local Rule 57.14 and Civil Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court of Arizona, that Rebecca Yuan, Assistant Chief, Criminal Division, Fraud Section, U.S. Department of

Justice, is added as counsel for the United States.

Respectfully submitted this 30th day of August, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

*s/Rebecca Yuan*
REBECCA YUAN
Assistant Chief
SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing will be sent to all CM/ECF registrants who have entered their appearance as counsel of record in this case.

*s/Rebecca Yuan*
Assistant Chief
Criminal Division, Fraud Section
U.S. Department of Justice