**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Alexandra Gehrke, et al,

Defendants.

No. CR-24-01040-PHX-ROS

**ORDER**

This matter is ready for trial. Accordingly, the Court enters the following orders.

**IT IS ORDERED** the parties shall review the Court's standard Juror Questionnaire (available on the Court's website) and submit NO MORE THAN FIVE PROPOSED QUESTIONS EACH to be added to the standard Juror Questionnaire with the Court's approval no later than **November 4, 2024.** Each proposed question shall stand alone and shall not contain sub-parts.

**IT IS FURTHER ORDERED** the parties shall submit a Joint Statement of the Case, of no more than a few short sentences for the Juror Questionnaire, no later than **November 4, 2024.**

**IT IS FURTHER ORDERED** all Motions in Limine are due **November 11, 2024**. Responses are due ten days afterward. No replies are permitted unless ordered by the Court. Prior to filing any Motion in Limine, the parties must confer and discuss the contents of each planned motion. No Motion in Limine should be filed if the other party does not oppose the relief requested.

**IT IS FURTHER ORDERED** the Joint Proposed Pretrial Order, if not already filed, is due **November 25, 2024**. The Joint Proposed Pretrial Order shall include trial exhibit lists detailing objections, responses, and stipulations. Parties shall deliver all disputed exhibits to the Court no later than **November 25, 2024**.

**IT IS FURTHER ORDERED** no later than **November 25, 2024**, the parties shall file and submit via email (silver_chambers@azd.uscourts.gov) in Word format proposed Jury Instructions in compliance with the procedures available on the Court's website, including but not limited to: 1) a *joint* set of proposed jury instructions where the parties' instructions agree; 2) a separate set of instructions (one for each party) where the parties do not agree; and 3) legal authority supporting all proposed instructions whether the parties agree or not. Where the parties do not agree, the opposing party shall clearly state its objection to the proposed instruction and the proposing party shall clearly state its response.

**IT IS FURTHER ORDERED** the parties will jointly file a proposed form of verdict, or if the parties do not agree, they may separately file proposed forms of verdict no later than **November 25, 2024.**

**IT IS FURTHER ORDERED** no later than **November 25, 2024**, the parties shall deliver to chambers excerpts of the deposition testimony they propose to present at trial, in compliance with the procedures available on the Court's website (found in Deposition Designation Procedure for Judge Silver), including but not limited to: Plaintiffs highlighting in yellow the portions they wish to offer and Defendants highlighting in blue those portions they wish to offer. If either party objects to the proposed testimony, a specific and concise objection (e.g., "Relevance, Rule 402") shall be placed in the margin adjacent to the proposed testimony.

**IT IS FURTHER ORDERED** a final pretrial conference is set for **December 10, 2024 at 10:00 a.m.**, at which time the Court will review Juror Questionnaires. The parties shall meet and confer prior to this date regarding the Juror Questionnaires and email to the Courtroom Deputy no later than noon on **December 9, 2024** a list of any jurors they agree should be stricken for cause, along with any objections to jurors they do not agree should

be stricken for cause. **The parties shall not file this list.** The Court will rule on any disputed jurors at the final pretrial conference.

**The parties will be supplied a disk containing the questionnaires approximately one week prior to the final pretrial conference. Counsel shall bring a copy of the questionnaires to the conference for review. Counsel are required to return the disk to the Courtroom Deputy and destroy all copies of the questionnaires no later than the last day of trial.**

**IT IS FURTHER ORDERED** trial to a jury is set for **January 6, 2025 at 8:30 a.m.** The estimated length of trial is two weeks. The trial will take place 5 days each week from Monday to Friday. On January 14th, trial will only be held in the morning. The Court finds excludable delay under Title 18 U.S.C §3161(h)(7)(A) from October 2, 2024 to January 6, 2025.

**IT IS FURTHER ORDERED** the parties shall comply with the Exhibit Procedures found on the Court's website at www.azd.uscourts.gov / Judges' Information / Orders, Forms & Procedures for Hon. Roslyn O. Silver.

Dated this 5th day of September, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge