Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.406.4052
jlowther@lowtherwalker.com
www.lowtherwalker.com

Attorney for Defendant
Alexandra Gehrke

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Alexandra Gehrke, *et al.*,<br>Defendants. | 2:24-CR-01040-ROS-1<br><br>**DEFENDANT ALEXANDRA GEHRKE'S MOTION TO WITHDRAW DOCUMENT** |

Ms. ALEXANDRA GEHRKE respectfully moves this Court to allow her to withdraw her Motion to Revoke Order of Detention Pending Trial (ECF No. 60).

Ms. Gehrke consents to detention pending trial, and further moves this Court to vacate the hearing on the aforementioned motion that this Court scheduled for September 11, 2024.

Date: September 11, 2024

Respectfully submitted,

*s/ Joshua Sabert Lowther*
Joshua Sabert Lowther, Esq.