Brian T. Rafferty, Esq.
Ga. Bar #311903
Admitted Pro Hac Vice
Rafferty Law, LLC
1575 Johnson Road NE
Atlanta, GA 30306
912.658.0912
brian@raffertylawfirm.com
Attorney for Defendant Jeffrey King

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JEFFREY KING, ET AL.,<br>Defendants. | Case No.: 2:24-CR-01040-ROS-2<br><br>**DEFENDANT JEFFREY KING'S SUPPLEMENT TO KING'S MOTION TO REVOKE DETENTION AND HEARINGS HELD ON AUGUST 27, 2024 AND SEPTEMBER 3, 2024** |

Defendant Jeffrey King (referred to herein as "King"), by and through undersigned counsel, respectfully files this Supplement to King's Motion to Revoke Detention Order (ECF. 59) and the Hearings on King's Motion to Revoke Detention Order held on August 27, 2024 and September 3, 2024. (ECF Nos. 81 and 86).

## INTRODUCTION

King has been detained in this matter since his arrest on June 17, 2024. After a detention hearing was held in this matter, King was detained by the Magistrate Court. (ECF No. 32). King timely filed his Motion to Revoke Detention on July 23, 2024. (ECF No. 59). On August 27, 2024 and September 3, 2024, after extensive briefing by the parties, the Court conducted hearings on King's Motion to Revoke Detention Order. (ECF Nos. 81 and 86). King submits this supplement to those hearings, in further support of his request for release on conditions.

## KING'S POSITION ON RELEASE

Pretrial services have filed three reports with the Court about King, and on all three occasions, Pretrial Services recommended King's release and found that there are conditions or combination of conditions that could be imposed that would insure King's future appearance in Court.

As noted at the hearings, it is undisputed that King's personal history and characteristics, including his strong ties to the community, honorable service as a veteran, close relationship to his children, lack of any criminal history, lack of any drug history, lack of any alcohol history, all weigh heavily in favor of release with conditions. It is also undisputed that the Ninth Circuit has directed that "Only in rare circumstances should release

be denied, and doubts regarding the propriety of release should be resolved in the defendant's favor." *United States v. Gebro*, 948 F.2d 1118, 1121 (9th Cir. 1991).

Since the August 27, 2024 and September 4, 2024 hearings, counsel for King has worked collaboratively with the government regarding certain assets in the custody and control of King that raised concerns with the Court. Counsel for King has provided updated balance information on certain accounts; contact information for individuals in possession of certain other assets; and has continued to express a willingness to relinquish custody and control of any assets identified by the government pending the outcome of the criminal case. Unfortunately, the government has apparently not been able to take custody of some or all of the assets Mr. King offered to surrender.

Given that King has now been held in custody for almost three months pending trial, and his timely filed Motion to Revoke Detention is still pending, King hereby renews his request for release with conditions. Pretrial Services has prepared three separate reports about King, and in each report, recommended King's release. In response to concerns about King's custody and control of assets, King has offered to relinquish custody and control of all assets to the government pending the outcome of this

case. In addition to relinquishing custody and control of any assets identified by the government, King has also surrendered his own passport; is willing to surrender the passports of his two children; and willing to be fitted with a GPS ankle monitor and be subject to home confinement during the pendency of this case. King submits these constitute a combination of conditions that would reasonably assure King's future appearance in Court. King therefore renews his request to revoke the detention order and that he be released on conditions.

Dated this 13th of September, 2024.

Respectfully submitted,

*/s Brian T. Rafferty*, Esq.
Brian T. Rafferty, Esq.