☒ FILED ☐ LODGED

Oct 17 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Alexandra Gehrke,

Defendant.

No. CR-24-01040-PHX-ROS

**CONSENT OF DEFENDANT**

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 17th day of October, 2024.

ALEXANDRA GEHRKE
Defendant

JOSHUA LOWTHER
Counsel for Defendant

Digitally signed by MATTHEW WILLIAMS
Date: 2024.10.16 11:44:55 -07'00'

MATTHEW WILLIAMS
Assistant U.S. Attorney

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice