GARY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: shane.butland2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Jeffrey King,<br>Defendant. | Case No. 24-CR-01040-PHX-ROS<br>**JOINT MOTION FOR TRIAL CONTINUANCE** |

The United States of America and Defendant JEFFREY KING respectfully move this Court for an Order: (i) continuing the trial date, which is currently set for January 6, 2025, and all pre-trial deadlines for sixty (60) days; and (ii) excluding time for purposes of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

This Court may properly exclude periods of delay in computing the time within which trial must commence under the Speedy Trial Act. Specifically, under 18 U.S.C. §

3161(h)(7)(A), the Court may exclude a period of time from the Speedy Trial Period where it finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id.*

The United States and JEFFREY KING are currently engaged in plea negotiations. The requested continuance of the trial date and pre-trial deadlines for sixty (60) days will afford the parties sufficient time to continue their negotiations and come to an agreement concerning the terms of the plea. JEFFREY KING's co-defendant, Alexandra Gehrke, is scheduled to enter a guilty plea on October 24, 2024. [ECF No. 110].

Respectfully submitted this 23rd day of October, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

Digitally signed by MATTHEW WILLIAMS
Date: 2024.10.23 13:38:42 -07'00'

MATTHEW WILLIAMS
Assistant U.S. Attorney

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
Trial Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Jeffrey King,

Defendant.

Case No. 24-CR-01040-PHX-ROS

**JOINT MOTION FOR TRIAL CONTINUANCE**

Having reviewed and considered the parties' Joint Motion to Continue the Trial Date and good cause appearing,

**IT IS ORDERED** that the parties' Joint Motion to Continue the Trial Date [ECF No. 113] for sixty (60) days is granted pursuant to Local Rule of Criminal Procedure 16.2 and Title 18, United States Code, Section 3161(h)(7)(A).

**IT IS FURTHER ORDERED** that the Court finds excludable delay under Title 18, United States Code, Section 3161 from October 23, 2024, to March 3, 2025.

DATED this ______ day of _________, 2024.

HONORABLE ROSLYN O. SILVER
United States District Court Judge