| ✎AO 435<br>AZ Form (Rev. 10/2023) | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|

| 1. NAME  John Hibbard | 2. PHONE NUMBER<br>650-933-8969 | 3. DATE  10/24/2024 |
|---|---|---|

| 4. FIRM NAME  Paul Hastings LLP |
|---|

| 5. MAILING ADDRESS  1117 California Ave. | 6. CITY  Palo Alto | 7. STATE  CA | 8. ZIP CODE  94304 |
|---|---|---|---|

| 9. CASE NUMBER  CR-24-1040 | 10. JUDGE  Roslyn Silver | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. 10/24/24 | 12. |

| 13. CASE NAME  United States of America v. Gehrke | LOCATION OF PROCEEDINGS |  |
|---|---|---|
|  | 14. CITY  Phoenix | 15. STATE  Arizona |

**16. ORDER FOR**

| ☐ APPEAL | ☑ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify) |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☑ PRE-TRIAL PROCEEDING | 10/24/2024 |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☑ OTHER (Specify) | Change of Plea Hearing |
| ☐ SENTENCING |  |  | 10/24/24 |
| ☐ BAIL HEARING |  |  |  |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST<br>COPY | # OF<br>ADDITIONAL<br>COPIES | DELIVERY INSTRUCTIONS<br>(Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ |  | ☐ PAPER COPY |  |
| 14-Day Transcript | ☐ | ☐ |  |  |  |
| 7-Day (Expedited) | ☐ | ☐ |  | ☑ PDF (e-mail) |  |
| 3 -Day Transcript | ☐ | ☐ |  |  |  |
| Next-Day (Daily) | ☐ | ☐ |  | ☐ ASCII (e-mail) |  |
| 2-Hour (Hourly) | ☑ | ☐ |  |  |  |
| Realtime Transcript | ☐ | ☐ |  | E-MAIL ADDRESS<br>jackhibbard@paulhastings.com |  |

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE  John Hibbard

20. DATE  10/24/2024

| TRANSCRIPT TO BE PREPARED BY |  |  | ESTIMATE TOTAL |  |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES |  |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT |  |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE |  |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY