**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Jeffrey King,<br>Defendant. | No. CR-24-01040-002-PHX-ROS<br>**ORDER** |

The United States of America and Jeffrey King have moved the Court for an Order to Continue the Trial Date. Good cause appearing,

**IT IS ORDERED** that the parties' Joint Motion to Continue the Trial Date (Doc. 113) is **GRANTED** pursuant to Local Rule of Criminal Procedure 16.2 and Title 18, United States Code, Section 3161(h)(7)(A).

**IT IS FURTHER ORDERED** the final pretrial conference on December 10, 2024 and the Trial to Jury set to begin January 6, 2025 are **VACATED.**

**IT IS FURTHER ORDERED** the parties shall review the Court's standard Juror Questionnaire (available on the Court's website) and submit NO MORE THAN FIVE PROPOSED QUESTIONS EACH to be added to the standard Juror Questionnaire with the Court's approval no later than February 4, 2025. Each proposed question shall stand alone and shall not contain sub-parts.

**IT IS FURTHER ORDERED** the parties shall submit a Joint Statement of the Case, of no more than a few short sentences for the Juror Questionnaire, no later than

February 4, 2025.

**IT IS FURTHER ORDERED** all Motions in Limine are due February 11, 2025. Responses are due ten days afterward. No replies are permitted unless ordered by the Court. Prior to filing any Motion in Limine, the parties must confer and discuss the contents of each planned motion. No Motion in Limine should be filed if the other party does not oppose the relief requested.

**IT IS FURTHER ORDERED** the Joint Proposed Pretrial Order, if not already filed, is due February 25, 2025. The Joint Proposed Pretrial Order shall include trial exhibit lists detailing objections, responses, and stipulations. Parties shall deliver all disputed exhibits to the Court no later than February 25, 2025.

**IT IS FURTHER ORDERED** no later than February 25, 2025, the parties shall file and submit via email (silver_chambers@azd.uscourts.gov) in Word format proposed Jury Instructions in compliance with the procedures available on the Court's website, including but not limited to: 1) a joint set of proposed jury instructions where the parties' instructions agree; 2) a separate set of instructions (one for each party) where the parties do not agree; and 3) legal authority supporting all proposed instructions whether the parties agree or not. Where the parties do not agree, the opposing party shall clearly state its objection to the proposed instruction and the proposing party shall clearly state its response.

**IT IS FURTHER ORDERED** the parties will jointly file a proposed form of verdict, or if the parties do not agree, they may separately file proposed forms of verdict no later than February 25, 2025.

**IT IS FURTHER ORDERED** no later than February 25, 2025, the parties shall deliver to chambers excerpts of the deposition testimony they propose to present at trial, in compliance with the procedures available on the Court's website (found in Deposition Designation Procedure for Judge Silver), including but not limited to: Plaintiffs highlighting in yellow the portions they wish to offer and Defendants highlighting in blue those portions they wish to offer. If either party objects to the proposed testimony, a specific and concise objection (e.g., "Relevance, Rule 402") shall be placed in the margin

adjacent to the proposed testimony.

**IT IS FURTHER ORDERED** a final pretrial conference is set for **March 20, 2025 at 10:00 a.m.**, at which time the Court will review Juror Questionnaires. The parties shall meet and confer prior to this date regarding the Juror Questionnaires and email to the Courtroom Deputy no later than noon on March 19, 2025 a list of any jurors they agree should be stricken for cause, along with any objections to jurors they do not agree should be stricken for cause. **The parties shall not file this list.** The court will rule on any disputed jurors at the final pretrial conference.

**The parties will be supplied a disk containing the questionnaires approximately one week prior to the final pretrial conference. Counsel shall bring a copy of the questionnaires to the conference for review. Counsel are required to return the disk to the Courtroom Deputy and destroy all copies of the questionnaires no later than the last day of trial.**

**IT IS FURTHER ORDERED** trial to a jury is set for **March 25, 2025 at 8:30 a.m.** Estimated length of trial is 10 days. The Court finds excludable delay under Title 18, U.S.C. §3161(h)(7)(A) from January 7, 2025, to March 25, 2025.

**IT IS FURTHER ORDERED** the parties shall comply with the Exhibit Procedures found on the Court's website at www.azd.uscourts.gov / Judges' Information / Orders, Forms & Procedures for Hon. Roslyn O. Silver.

Dated this 1st day of November, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge