Brian T. Rafferty, Esq.
Ga. Bar #311903
Admitted Pro Hac Vice
Rafferty Law, LLC
1575 Johnson Road NE
Atlanta, GA 30306
912.658.0912
brian@raffertylawfirm.com
Attorney for Defendant Jeffrey King

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JEFFREY KING, ET AL.,<br>Defendants. | Case No.: 2:24-CR-01040-ROS-2<br><br>**DEFENDANT JEFFREY KING'S MOTION TO REVIEW DISCOVERY ON A LAPTOP AT CORRECTIONAL FACILITY** |

Defendant Jeffrey King, by and through undersigned counsel, hereby moves the Court for an order directing the United States Marshal's Office and CoreCivic Jail in Florence, Arizona, to allow Defendant to review the discovery on a laptop at the facility. Thus far, the Government has produced millions of pages of discovery and some videos, all electronically to the undersigned.

Defendant anticipates that there may be additional discovery provided by the Government. Defendant has reviewed some of the discovery in the presence of defense counsel at the CoreCivic jail in Florence, Arizona, but it is difficult and time consuming for defense counsel to sit with Defendant while he reviews all of the discovery. Therefore, Defendant proposes that he be provided a laptop at the CoreCivic jail that he can utilize to review the discovery.

Defense counsel has conferred with the U.S. Marshal's Office and the CoreCivic jail regarding the proper procedure for review of such materials. CoreCivic has indicated that it has a laptop to review the discovery on an external hard-drive. The Defendant, during his access to the laptop computer to view the discovery disclosure, cannot share or allow others to view the contents of the discovery disclosure, except with members of the defense team.

Defense counsel will place the discovery materials on an external flash drive for Defendant to review.

Defendant is entitled to be able to review the evidence against him and therefore moves this Court to grant this motion to allow him access to the laptop so that he may review the discovery. Defendant will not be able to review all of these materials at one sitting, so Defendant also asks that he be given adequate access on an ongoing basis to review these materials over a period of time.

Defendant has conferred with one of the prosecutors assigned to this case, Shane Butland, and he has no objection to this motion.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Dated this 19th of December, 2024.

Respectfully submitted,

*/s Brian T. Rafferty*, Esq.
Brian T. Rafferty, Esq.