☒ FILED ☐ LODGED

Jan 10 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Jeffrey King,

Defendant.

No. CR-24-01040-002-PHX-ROS

**CONSENT OF DEFENDANT**

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 7th day of Janu, 2025.

Jeffrey King
Defendant

Brian Rafferty
Counsel for Defendant

Matthew Williams
Assistant U.S. Attorney