Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.406.4052
jlowther@lowtherwalker.com
www.lowtherwalker.com

Attorney for Defendant
Alexandra Gehrke

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDRA GEHRKE, *ET AL.*,

Defendants.

2:24-CR-001040-ROS-1

**MOTION FOR MEDICAL TREATMENT**

Ms. ALEXANDRA GEHRKE respectfully moves this Court to order the United States Marshals Service or its designee to provide her with dental treatment.

Ms. Gehrke currently suffers substantial pain from nerve exposure resulting from the loss of the fillings in two of her teeth, a condition that post-dates her arrest and detention pending trial in this case. The detention center staff is aware of Mr. Gehrke's condition, based on her encounter with a dentist in the detention center in late-December 2024, who diagnosed the issue, and a subsequent encounter with a member of the detention center's medical staff on January 7, 2025.

The aforementioned dentist and medical staff member advised Ms. Gehrke that the only treatment available for her issue is the extraction of those teeth because she has been housed at the detention center for less than one

year. However, it is Ms. Gehrke's attorney of record's understanding, based on conversations between a member of Ms. Gehrke's defense team and staff members from both the United States Marshals Service and the detention center, that the marshals will arrange for Ms. Gehrke to receive the proper treatment for her condition at a selected dental practice outside of the detention center upon order of this Court.

Ms. Gehrke will bear the full cost of any medical treatment.

The Government does not oppose this motion.

WHEREFORE, Ms. Gehrke prays that this Court order the United States Marshals Service or its designee to schedule the necessary dental treatment for Ms. Gehrke at its selected dental practice as quickly as possible, and to transport her to and from that treatment.

Date: January 16, 2025

Respectfully submitted,

***s/ Joshua Sabert Lowther***
Joshua Sabert Lowther, Esq.