**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
ALEXANDRA GEHRKE, *ET AL.*,
Defendants.

2:24-CR-001040-ROS-1

**ORDER**

This Court, after careful consideration, GRANTS Defendant Alexandra Gehrke's Motion for Medical Treatment (ECF No. 133). The United States Marshal Service or its designee shall promptly arrange for Ms. Gehrke's dental treatment at an appropriate dental practice, and transport her to and from that treatment. Ms. Gehrke shall bear the costs of such treatment.

SO ORDERED, this _______ day of January, 2025.

______________________________
Honorable Roslyn O. Silver
United States District Judge