Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.406.4052
jlowther@lowtherwalker.com
www.lowtherwalker.com

Attorney for Defendant
Alexandra Gehrke

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDRA GEHRKE, *ET AL.*,<br>Defendants. | 2:24-CR-001040-ROS-1<br><br>**OBJECTIONS TO PRESENTENCE INVESTIGAITON REPORT** |

Ms. ALEXANDRA GEHRKE, pursuant to Fed. R. Crim. P. 32(f), respectfully submits the following objections to the Presentence Investigation Report (ECF No. 128):

<u>Paragraph 72</u>

Ms. Gehrke respectfully clarifies that she wants to obtain employment as a prison consultant related to Federal Bureau of Prisons issues, not direct employment with the BOP.

<u>Paragraph 73</u>

Ms. Gehrke respectfully clarifies that she has never been diagnosed with high blood pressure; only ADHD and anxiety.

<u>Paragraph 94</u>

Mr. Gehrke respectfully submits that she did not provide any financial

documentation to the probation officer, other than a list of her assets that the Government either has seized or will seize, because she does not have any access to her financial information or data while in pretrial detention, and therefore, she has no ability to complete those documents. Nonetheless, Ms. Gehrke asserts that she has no assets of which the Government is unaware or that are not subject to forfeiture, and she has provided the Government with all of the information that she has—consisting of her recollection—regarding any and all of her current and past assets. Ms. Gehrke further respectfully submits that because of her forthcoming forfeiture and restitution obligations in the amounts of $279,912.16 (PSR, ¶ 94) and $614,945,420.01 (PSR, ¶ 105), respectively, she does not have the ability to pay a fine.

Date: January 24, 2025

Respectfully submitted,

***s/ Joshua Sabert Lowther***
Joshua Sabert Lowther, Esq.