**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Alexandra Marie Tauken Gehrke,<br>Defendant. | No. CR-24-01040-001-PHX-ROS<br><br>**ORDER** |

Before the Court is Defendant's Motion for Medical Treatment (Doc. 132). There being no objection, and for good cause shown,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States Marshal Service, or its designee shall promptly arrange for Defendant's dental treatment at an appropriate dental practice, and transport Defendant to and from that treatment. Defendant shall bear the costs of such treatment.

Dated this 27th day of January, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge