1   TIMOTHY COURCHAINE
    Acting United States Attorney
2   District of Arizona

3   MATTHEW WILLIAMS
    Assistant United States Attorney
4   Arizona State Bar No. 029059
    Two Renaissance Square
5   40 N. Central Ave., Suite 1800
    Phoenix, Arizona 85004
6   Telephone: 602-514-7500
    Email: Matthew.Williams3@usdoj.gov
7
    LORINDA LARYEA
8   Acting Chief, Fraud Section
    United States Department of Justice
9
    WILLIAM HOCHUL III
10  SHANE BUTLAND
    Trial Attorneys
11  Criminal Division, Fraud Section
    U.S. Department of Justice
12  1400 New York Avenue NW
    Washington, D.C. 20005
13  Telephone: 202-538-4256
    Email: william.hochul.iii@usdoj.gov
14  *Attorneys for Plaintiff*

✓ FILED ____ LODGED
____ RECEIVED ____ COPY

JUN 1 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___|4(7_____Z_ DEPUTY

15              IN THE UNITED STATES DISTRICT COURT

16                  FOR THE DISTRICT OF ARIZONA

17

18  United States of America,            No. CR-   **CR-25-00915-PHX-SMB (ESW)**

19              Plaintiff,                **NOTICE OF RELATED CASES**

20      vs.

21

22  1.    Tyler Kontos,

23  2.    Joel Max Kupetz,
          a/k/a Max Kupetz
24

25  3.    Jorge Kinds,

26              Defendants.

27

28          Pursuant to Local Rule 5.l, the United States of America, by and through its

attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case, *United Staes v. Alexandra Gehrke and Jeffrey King* (CR-24-01040-PHX-ROS), *United Staes v. Bethany Jameson* (CR-24-01068-PHX-DWL), *United Staes v. Carlos Ching* (CR-24-01075-PHX-GMS), and *United Staes v. Daylon Bennett* (CR-25-00090-PHX-DWL).

Respectfully submitted this 18th day of June, 2025.


TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*s/Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

LORINDA LARYEA
Acting Chief, Fraud Section
United States Department of Justice


*s/Shane Butland*
WILLIAM HOCHUL III
SHANE BUTLAND
Trial Attorneys
Department of Justice, Fraud Section