TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: shane.butland2@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Alexandra Gehrke, a/k/a "Lexie" Gehrke,<br><br>Defendant. | CR-24-01040-PHX-ROS<br><br>**STIPULATIONS OF PARTIES REGARDING FORFEITURE OF ADDITIONAL PROPERTY** |

The United States of America and defendant Alexandra Gehrke (collectively "the Parties") hereby stipulate as follows:

1. The parties agree that the items listed below in paragraph "A", in addition to the items specifically described in paragraph 9.b of defendant Gehrke's plea agreement [ECF No.118], constitute proceeds of the offense described in paragraphs 11.a and 11.b of the plea agreement, or were purchased with proceeds of that offense, and are therefore subject to forfeiture.
2. Defendant acknowledges that there is a factual nexus between the violations to which she has pleaded guilty and the properties listed in paragraph "A."
3. Defendant Gehrke agrees to the forfeiture of the items listed in paragraph "A," and agrees to forfeit any interest she has or may have in them.
4. The parties agree that the items listed below in paragraph "B" constitute other property in which defendant Gehrke has an interest. Defendant Gehrke agrees to the forfeiture of such property as substitute assets in partial satisfaction of the money judgment she agreed to in paragraph 9.b of her plea agreement.
5. Defendant Gehrke agrees to the entry of an Order of Forfeiture relative to the properties listed in paragraphs "A" and "B" and the properties listed in the plea agreement, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(C).
6. Defendant Gehrke waives any defenses or challenges to this forfeiture arising under the Constitution or Federal Rule of Criminal Procedure 32.2, and agrees that she will not contest or challenge in any manner (including direct appeal, habeas corpus, or any other means) such forfeiture.
7. This Stipulation relates to forfeiture only.

**A. ITEMS SUBJECT TO FORFEITURE AS PROCEEDS OF THE OFFENSE**

1) $250,313.89 seized from Arizona Federal Credit Union account ending in 5125 in the name of ALEXANDRA MT GEHRKE;
2) $1,000,000.00 seized from Arizona Federal Credit Union account ending in 5102 in the name of JEXIE ENTERPRISES INC.;

3) $251,994.63 seized from U.S. Bank account ending in 5022 in the name of ALEXANDRA MARIE GEHRKE;
4) The contents of Charles Schwab account ending in 1438 in the name of AMTG MEDICAL CONSULTANT LLC;
5) The contents of Charles Schwab account ending in 2726 in the name of ALEXANDRA MARIE GEHRKE;
6) The contents of Charles Schwab account ending in 9986 in the name of JEXIE ENTERPRISES INC;
7) $3,356,635.97 seized from the U.S. Bank checking account ending in 5772 in the name of THE CONSULTING FIRM LLC;
8) $788,645.14 seized from U.S. Bank checking account ending in 5202 in the name of KING MEDICAL CONSULTANT LLC;
9) $528,387.94 seized from Wells Fargo checking account ending in 1495 in the name of ALEXANDRA M. GEHRKE;
10) $569,195.65 seized from Wells Fargo savings account ending in 8608 in the name of ALEXANDRA M. GEHRKE;
11) $555,900 seized from Wells Fargo checking account ending in 1487 in the name of ALEXANDRA M. GEHRKE;
12) $247,073.89 seized from Wells Fargo savings account ending in 3965 in the names of ALEXANDRA M. GEHRKE and JOAN MARIE GEHRKE;
13) $777,277.80 seized from Wells Fargo checking account ending in 0871 in the name of AMTG MEDICAL CONSULTANT LLC;
14) The contents of Charles Schwab brokerage account ending in 2902 in the name of J KING HOLDINGS INC;
15) The contents of Charles Schwab brokerage account ending in 8345 in the name of THE OTHER CONSULTING FIRM LLC;
16) $1,260,215.38 seized from Flagstar Bank trust account ending in 2863 in the name of KENNETH MURRAY;

16) Eight – Live Mix CS Solo Headphone Mixers – serial numbers 12-11-05001, 12-11-05002, 12-11-04999, 12-11-05004, 12-11-05003, 12-11-05012, 12-11-05000, 12-11-04998;

17) One – Rupert Neve Designs 5088 32Ch Recording Console – serial number 345;

18) Two – Neumann U67 Microphones;

19) Two – Neumann KM 184 Stereo Pair Black Microphones;

20) Two – Neumann U4 Fet Collector's Edition Microphones;

21) Two – Neumann M49V Microphones;

22) One – Sennheiser MD 441-U Microphone;

23) Four – Sennheiser MD 421 Microphones;

24) Five – Triad Orbit Mini/TM Microphone Tripods;

25) Five – Triad Orbit Grav-Bags Ballast;

26) Three – Triad Orbit O2X Dual Boom Stands;

27) Three – Triad Orbit T1-OM-M2 Tripod Stand Systems;

28) One – Triad Orbit O1L Orbital Boom;

29) One – Triad Orbit Mini Single Arm Orbital Boom Microphone Stand;

30) Three – Triad Orbit Universal Smart Phone/Tablet Holders;

31) Three – Triad Orbit IO-H2/12 5/8" Mount Heads;

32) Two – Triad Orbit IO Desk Laptop Stands;

33) One – Grace SB-66 Space Bar Kit, Microphone Placement Bar.

DATE: 8/12/25

ALEXANDRA GEHRKE
Defendant

JOSHUA LOWTHER
Counsel for Alexandra Gehrke

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

Respectfully submitted this 12th day of August 2025,

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
District of Arizona

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By:

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s): All counsel of record.

*s/*
U.S. Attorney's Office