**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

United States of America,    )
                                  )   No. **2:24-cr-01040-ROS**
        Plaintiff,      )
                                  )
        vs.              )       Phoenix, Arizona
                                  )      August 12, 2025
Alexandra Marie Tauken Gehrke,  )
                                  )
        Defendant.      )
_____

**BEFORE:   THE HONORABLE ROSLYN O. SILVER, SENIOR JUDGE**

**<u>REPORTER'S TRANSCRIPT OF PROCEEDINGS</u>**

**<u>SENTENCING</u>**

Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

**A P P E A R A N C E S**

For the Plaintiff:

    U.S. DEPARTMENT OF JUSTICE
    Public Integrity Division
    By:  **Mr. Shane R. Butland, Esq.**
    1400 New York Ave., NW, 12th Fl.
    Washington, D.C. 20005

    U.S. ATTORNEY'S OFFICE
    By:  **Mr. Matthew Williams, Esq.**
    2 Renaissance Square
    40 N Central Ave., Ste. 1800
    Phoenix, AZ 85004

For the Defendant:

    LOWTHER WALKER, LLC
    By:  **Mr. Joshua S. Lowther, Esq.**
    Centennial Tower
    101 Marietta St., NW, Ste. 3650
    Atlanta, GA 30303

UNITED STATES DISTRICT COURT

**P R O C E E D I N G S**

COURTROOM DEPUTY:  This is case number CR 2024-1040, United States of America versus Alexandra Marie Tauken Gehrke. This is the time set for sentencing.

Will the parties please announce for the record.

MR. BUTLAND:  Good morning, Your Honor.  On behalf of the government at counsel's table is myself, Shane Butland, on behalf of the United States Department of Justice Fraud Section, I also have Assistant U.S. Attorneys Matthew Williams and Joseph Bozdech.

THE COURT:  All right.  Let me just talk to counsel at the sidebar about an obviously controlling issue.

(A sidebar proceeding was held, not included in this transcript.)

(The following proceedings were held in open court.)

THE COURT:  All right.  Counsel, and everybody, based upon our conversations at the sidebar, we have scheduled memoranda that both counsel understand.

And, Robert, we will set the sentencing for?

COURTROOM DEPUTY:  Let me check when we're available, Your Honor.

THE COURT:  Sure.

COURTROOM DEPUTY:  Counsel, are you available on September 24th or September 25th?

MR. LOWTHER:  Both days.

MR. BUTLAND:  Yes, government is as well.

COURTROOM DEPUTY:  September 24th at 1:30 p.m.

MR. LOWTHER:  Yes.

THE COURT:  And one other item, Counsel, is the objections to the presentence report.  I received the objections.  I didn't receive a response, but the probation officer said there were no -- there was no response.  And so you have no objection to the objections?

MR. BUTLAND:  Correct, Your Honor.  Defense counsel's objections did not affect the guideline calculation, so we had no objections.

THE COURT:  Okay.  There was one in particular, and that's whether this fine should be imposed.  So for that you -- it would be advisable for you to file a response.  The probation officer made her decision, despite the fact that she didn't receive a response from the government.  So you should address that in the memoranda you are filing with me.

MR. BUTLAND:  Yes, Your Honor.

THE COURT:  Let me ask the probation officer.

So you may have heard me with my conversations at the sidebar, so we're going to have simultaneous briefing, quite a bit, and they are going to confer with you on one particular finding that you made that affected the guideline range.  Okay.

PROBATION OFFICER:  Yes, Your Honor.

THE COURT:  And are you available for -- until

UNITED STATES DISTRICT COURT

September?

PROBATION OFFICER:  Yes, Your Honor.

THE COURT:  All right.  Through September?

PROBATION OFFICER:  Yes.

THE COURT:  Thank you.

All right.  Anything else from the government?

MR. BUTLAND:  No, Your Honor.  Thank you.

MR. LOWTHER:  No, Your Honor.  Thank you.

THE COURT:  We are adjourned.

                    *          *          *

UNITED STATES DISTRICT COURT

C E R T I F I C A T E


        I, CHRISTINE M. COALY, do hereby certify that I am
duly appointed and qualified to act as Official Court Reporter
for the United States District Court for the District of
Arizona.

        I FURTHER CERTIFY that the foregoing pages constitute
a full, true, and accurate transcript of all of that portion of
the proceedings contained herein, had in the above-entitled
cause on the date specified therein, and that said transcript
was prepared under my direction and control.

        DATED at Phoenix, Arizona, this 14th day of August,
2025.



                        /s/ Christine M. Coaly_____
                        Christine M. Coaly, RMR, CRR