Brian T. Rafferty, Esq.
Ga. Bar #311903
Admitted Pro Hac Vice
Rafferty Law, LLC
1575 Johnson Road NE
Atlanta, GA 30306
912.658.0912
brian@raffertylawfirm.com
Attorney for Defendant Jeffrey King

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY KING, ET AL.,<br><br>Defendants. | Case No.: 2:24-CR-01040-ROS-2<br><br>**JOINT MOTION TO CONTINUE SENTENCING** |

Defendant Jeffrey King and the UNITED STATES OF AMERICA, pursuant to Fed. R. Crim. P. 32, respectfully move this Court to continue the sentencing hearing in this case from September 16, 2025, to a date after September 24, 2025, which is the current sentencing date for codefendant Alexandra Gehrke. The parties jointly request October 7, 2025.

**I. Relevant Procedural History**

On January 31, 2025, Defendant Jeffrey King entered a guilty plea to Count 1 of the Superseding Indictment. At the conclusion of the Rule 11 hearing, the Court scheduled the sentencing hearing of Mr. King for April 15, 2025. (ECF No. 138). On March 31, 2025, the Court continued the

sentencing of Mr. King through August 19, 2025, one week after the scheduled sentencing of codefendant Alexandra Gehrke. (ECF No. 143). On August 5, 2025, the Court further continued the sentencing of Mr. King through September 16, 2025 due to a scheduling conflict of the Court. (ECF No. 149). On August 12, 2025, the Court continued the sentencing of Alexandra Gehrke through September 24, 2025. (ECF No. 156).

## II. Factual Assertions

The case presents complex issues, and upon conferring with each other, the parties respectfully submit that they need additional time to respond to the presentence report and prepare for sentencing fully. The parties agree that they will be able to accomplish that preparation after September 24, 2025, the current sentencing date for Alexandra Gehrke, a codefendant in this case. The parties jointly request October 7, 2025.

This is the second request by the parties to continue sentencing in this case.

## III. Memorandum of Law

A "court must impose sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). However, a "court may, for good cause, change any time limits prescribed in [Fed. R. Crim. P. 32]." Fed. R. Crim. P. 32(b)(2).

## IV. Certificate of Conference

The government joins in this motion.

## V. Conclusion

Mr. King and the Government, based on the foregoing assertions and argument, pray that the Court continue the sentencing hearing in this case from September 16, 2025, to a date after September 24, 2025, which is the current sentencing date of Defendant Alexandra Gehrke. The parties jointly request October 7, 2025.

Dated this 21st of August, 2025.

Respectfully submitted,

*/s Brian T. Rafferty*, Esq.
Brian T. Rafferty, Esq.