TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: shane.butland2@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Jeffrey King,<br>Defendant. | CR-24-01040-PHX-ROS<br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO WEAR CIVILIAN OR BUSINESS ATTIRE AT SENTENCING** |

On October 1, 2025, Defendant Jeffrey King ("King") requested an order from the Court permitting him to wear civilian or business attire at his upcoming sentencing. [ECF No. 167]. King accurately noted in his motion that the government opposed the request based on its understanding that the policies and procedures of the U.S. Marshals Service

("USMS"), permitted defendants to wear civilian or business attire only at trial. *Id*. at 5.

The government has since learned from the USMS that its restriction on civilian clothing outside of trial proceedings is based on general district practice, not a standardized USMS policy.

Accordingly, the government rescinds its prior opposition to King's motion and defers to the discretion of the Court.

Respectfully submitted this 3rd day of October, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
District of Arizona

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By: s/ *Shane Butland*
SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

*s/ Shane Butland*
Shane Butland
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice