FILED LODGED
Oct 10 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: shane.butland2@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jeffrey King,<br><br>Defendant. | CR-24-01040-PHX-ROS<br><br>**STIPULATIONS OF PARTIES REGARDING FORFEITURE OF ADDITIONAL PROPERTY** |

The United States of America and defendant Jeffrey King (collectively "the Parties") hereby stipulate as follows:

1. The parties agree that the items listed below in paragraph "A", in addition to the items specifically described in paragraph 9.b of defendant King's plea agreement

[ECF No.139], constitute proceeds of the offense described in paragraphs 11.a and 11.b of the plea agreement, or were purchased with proceeds of that offense, and are therefore subject to forfeiture.

2. Defendant acknowledges that there is a factual nexus between the violations to which he has pleaded guilty and the properties listed in paragraph "A."
3. Defendant King agrees to the forfeiture of the items listed in paragraph "A," and agrees to forfeit any interest he has or may have in them.
4. The parties agree that the items listed below in paragraph "B" constitute other property in which defendant King has an interest. Defendant King agrees to the forfeiture of such property as substitute assets in partial satisfaction of the money judgment he agreed to in paragraph 9.b of his plea agreement.
5. Defendant King agrees to the entry of an Order of Forfeiture relative to the properties listed in paragraphs "A" and "B" and the properties listed in the plea agreement, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(C).
6. Defendant King waives any defenses or challenges to this forfeiture arising under the Constitution or Federal Rule of Criminal Procedure 32.2, and agrees that he will not contest or challenge in any manner (including direct appeal, habeas corpus, or any other means) such forfeiture.
7. This Stipulation relates to forfeiture only.

**A. ITEMS SUBJECT TO FORFEITURE AS PROCEEDS OF THE OFFENSE**

1) $250,313.89 seized from Arizona Federal Credit Union account ending in 5125 in the name of ALEXANDRA MT GEHRKE;
2) $1,000,000.00 seized from Arizona Federal Credit Union account ending in 5102 in the name of JEXIE ENTERPRISES INC.;
3) $251,994.63 seized from U.S. Bank account ending in 5022 in the name of ALEXANDRA MARIE GEHRKE;
4) The contents of Charles Schwab account ending in 1438 in the name of

AMTG MEDICAL CONSULTANT LLC;

5) The contents of Charles Schwab account ending in 2726 in the name of ALEXANDRA MARIE GEHRKE;

6) The contents of Charles Schwab account ending in 9986 in the name of JEXIE ENTERPRISES INC.;

7) $1,260,215.38 seized from Flagstar Bank trust account ending in 2863 in the name of KENNETH MURRAY.

**B. ITEMS SUBJECT TO FORFEITURE AS SUBSTITUTE ASSETS**

1) Two – Linea Research ASC 48 Loudspeaker Processors – serial numbers 10324076, 10324063;

2) Four - Triad Orbit T2 Microphone Stands;

3) Seven – AVID MTRX 8CH AD Cards – serial numbers 7201302331240, 7201302331119, 7201302328251, 7202302336101, 7202302336154, 7201302331116, 7201302331115;

4) Two – AVID Pro Tools HDX Card Software – serial numbers ENEOF32200043B, ENEOF24800029A;

5) Six – AVID MTRX 8CH DA Cards – serial numbers 7202302336155, 7202302336160, 7202302336136, 7202302336156, 7202302336153, 7202302336152;

6) One – RND Master Buss Processor – serial number P2MB4678;

7) One – RND Master Buss Transformer – serial number MBT00787;

8) One – RND 5035 Shelford Channel Microphone Amp – serial number 5035-06266;

9) Two – Tube Tech PE 1C – serial numbers 19186, 19187;

10)One – Tube Tech SMC 2BM Processor – serial number 16587;

11) Two – AVID MTRX-II Audio Interface – serial numbers MTRXII-100691, MTRXII-100673;

12) One – Live Mix AD24 Headphone System – serial number 12-04-02068;

13) One – Live Mix Mix-16 Headphone System – serial number 12-02-07164;

14) Eight – Live Mix MT-1 Headphone System Stand Adapters;

15) Eight – Live Mix Headphone System 25' Cat 6 Cables;

16) Eight – Live Mix CS Solo Headphone Mixers – serial numbers 12-11-05001, 12-11-05002, 12-11-04999, 12-11-05004, 12-11-05003, 12-11-05012, 12-11-05000, 12-11-04998;

17) One – Rupert Neve Designs 5088 32Ch Recording Console – serial number 345;

18) Two – Neumann U67 Microphones;

19) Two – Neumann KM 184 Stereo Pair Black Microphones;

20) Two – Neumann U4 Fet Collector's Edition Microphones;

21) Two – Neumann M49V Microphones;

22) One – Sennheiser MD 441-U Microphone;

23) Four – Sennheiser MD 421 Microphones;

24) Five – Triad Orbit Mini/TM Microphone Tripods;

25) Five – Triad Orbit Grav-Bags Ballast;

26) Three – Triad Orbit O2X Dual Boom Stands;

27) Three – Triad Orbit T1-OM-M2 Tripod Stand Systems;

28) One – Triad Orbit O1L Orbital Boom;

29) One – Triad Orbit Mini Single Arm Orbital Boom Microphone Stand;

30) Three – Triad Orbit Universal Smart Phone/Tablet Holders;

31) Three – Triad Orbit IO-H2/12 5/8" Mount Heads;

[THIS SPACE INTENTIONALLY LEFT BLANK]

32) Two – Triad Orbit IO Desk Laptop Stands;

33) One – Grace SB-66 Space Bar Kit, Microphone Placement Bar.

DATE: 10/10/2025

JEFFREY KING
Defendant

BRIAN RAFFERTY
Counsel for Jeffrey King

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

Respectfully submitted this 10th day of October 2025,

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
District of Arizona

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By:

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s): All counsel of record.

*s/*___________
U.S. Attorney's Office