TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH F. BOZDECH
Assistant United States Attorney
California State Bar No. 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Joseph.Bozdech@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>1. Alexandra Gehrke, and<br>2. Jeffrey King,<br>Defendants.<br>Joan Gehrke,<br>Petitioner. | No. CR-24-CR-01040-ROS<br>**STIPULATED MOTION TO STAY ANCILLARY PROCEEDING (First Request)** |

Plaintiff United States of America and Petitioner Joan Gehrke have reached a settlement in principle that would resolve the claims asserted in the Petition, Doc. 197. In order to allow for review and approval of the settlement by the United States Attorney for the District of Arizona, and reduction of the material terms to writing, the Parties respectfully request that the Court stay this ancillary proceeding until February 16, 2026, pursuant to LRCrim 45.1 and LRCiv 7.3, and stay the deadlines and vacate the hearing date set in the Court's December 3, 2025 Order, Doc. 198. A proposed order is attached.

/

/

DATED this 17th day of December, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*S/Joseph F. Bozdech*
JOSEPH F. BOZDECH
Assistant United States Attorney

*S/Andrea S. Tazioli*
Andrea S. Tazioli (#026621)
NCP Law, PLLC
3200 N. Central Avenue, Suite 2550
Phoenix, Arizona 85012
*Attorneys for Third-Party Petitioner Joan Gehrke*