IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>1. Alexandra Gehrke, and<br>2. Jeffrey King,<br>Defendants.<br>Joan Gehrke,<br>Petitioner. | No. CR-24-CR-01040-ROS<br>**ORDER** |

Before the Court is the Parties' Stipulated Motion to Stay the Ancillary Proceeding. Good cause appearing,

IT IS ORDERED granting the motion and staying the ancillary forfeiture proceeding until February 16, 2026.

IT IS FURTHER ORDERED staying the deadlines and vacating the hearing dates set in the Court's December 3, 2025 Order.

DATED this _____ day of _______2025.