IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>1. Alexandra Gehrke, and<br>2. Jeffrey King,<br>Defendants.<br>Joan Gehrke,<br>Petitioner. | No. CR-24-01040-PHX-ROS<br>**[Proposed] Order** |

Based upon the stipulation between Plaintiff United States of America and Petitioner Joan Gehrke, and good cause appearing,

IT IS HEREBY ORDERED adopting the Stipulation for Compromise Settlement.

Dated this ____ day of February 2026.