TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH F. BOZDECH
Assistant United States Attorney
California State Bar No. 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Joseph.Bozdech@usdoj.gov
Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR-24-01040-PHX-ROS |
| Plaintiff, | **MOTION FOR FINAL ORDER OF FORFEITURE** |
| v. | |
| Alexandra Marie Tauken Gehrke, | |
| Defendant. | |

Plaintiff United States of America moves for a final order of forfeiture. A proposed order is submitted with this motion.

On May 29, 2025, defendant Alexandra Marie Tauken Gehrke pleaded guilty to Count 1 of the indictment charging the defendant with a violation of 18 United States Code (U.S.C.) § 1349, Conspiracy to Commit Health Care Fraud and Wire Fraud, a Class C felony offense. On October 3, 2025, the Court entered an Order of Forfeiture, Doc. 172, forfeiting defendant's interest in the following Subject Property listed in Exhibit 1 of the Plea Agreement, Doc. 118, or identified in the Stipulation, Doc. 154, as property, real or personal, constituting proceeds of the offense of conviction, or property traceable to such property:

1) 1637 North Sunset Drive, Tempe, AZ 85281, titled in the name of J King Holdings LLC, more particularly described as: Lot 109, of Cavalier Hills Unit Two, according to the plat of record in the office of the County Recorder of

Maricopa County, Arizona, recorded in Book 90 of Maps, Page 44. APN: 132-71-109;

2) 6246 East Hillcrest Blvd., Scottsdale, Arizona 85251, titled in the name of Gabriel Vadasz, Trustee of the AEAGJK Irrevocable Trust, dated January 9, 2024, more particularly described as: Lot 15, Camelback East, according to the plat of record in the Office of the County Recorder of Maricopa County Arizona, recorded in Book 135 of Maps, Page 11. APN: 172-27-016;

3) The 2016 Ferrari 488 Spider bearing Vehicle Identification Number ZFF80AMA6G0219407, titled to JEXIE ENTERPRISES INC;

4) The 2023 Mercedez-Benz SL63 AMG bearing Vehicle Identification Number W1KVK8BB6PF015497, titled to JEXIE ENTERPRISES INC;

5) 2023 Mercedez-Benz GLE bearing Vehicle Identification Number 4JGFB6BB7PA858815, titled to KING MEDICAL CONSULTANT LLC;

6) The 2022 Mercedes-Benz G63 bearing Vehicle Identification Number W1NYC8AJ6NX455281, titled to AMTG Medical Consultant, LLC;

7) $19,591,940 seized from the U.S. Bank checking account ending in 5798 in the name of ALEXANDRA GEHRKE;

8) $13,576,549.93 seized from the U.S. Bank checking account 7681 in the name of AMTG MEDICAL CONSULTANT LLC;

9) $10,793,620 seized from the U.S. Bank checking account ending in 7699 in the name of JEXIE ENTERPRISES INC;

10) $8,000,000 Sentinel Security Life Insurance policy number ending in 5602 in the name of ALEXANDRA GEHRKE;

11) $8,000,000 Sentinel Security Life Insurance policy number ending in 8279 in the name of JEFFREY KING;

12) $8,000,000 North American Company for Life and Health Insurance policy number ending in 0314 in the name of ALEXANDRA GEHRKE;

13) $3,320,969.25 seized from the Charles Schwab account ending in 3965 in the name of JKING VENTURES INC;

14) $1,265,539.26 seized from the Charles Schwab account ending in 9244 in the name of KING MEDICAL CONSULTANT LLC;

15) $1,000,025.19 seized from the Wells Fargo Bank checking account ending in 1101 in the name of JEXIE ENTERPRISES INC;

16) $2,800,000 from the Alerus Bank checking account ending in 8329 in the name of JEXIE ENTERPRISES INC;

17) $1,999,978 seized from the Alerus Bank checking account ending in 7834 in the name of ALEXANDRA GEHRKE;

18) $1,390,922.91 seized from the Alerus Bank checking account ending in 8220 in the name of AMTG MEDICAL CONSULTANT LLC;

19) $940,373 seized from the U.S. Bank checking account ending in 7665 in the name of THE FITZGERALD IRREVOCABLE TRUST;

20) $512,857.28 seized from the Alerus Bank checking account ending in 2750 in the name of CAPITAL IS KING LLC;

21) Three 1-ounce PAMP Suisse 999.9 Fine Gold Bullion - N493741, N493740 and N493742;

22) Twenty 2024 1-ounce .999 Pure Silver American Eagles in holder;

23) Two PAMP Suisse 1-ounce Fine Gold Bullion - N93739 and N93738;

24) Twenty-three Counterfeit Louis Vuitton Bags;

25) Counterfeit Audemars Piguet Men's watch 181247 No4005 Royal Oak Le Brassus;

26) Lot of costume jewelry containing 1 pair of earrings, 2 bracelets, and 1 ring;

27) 18k gold yellow Gold-Plated Double C Cartier 468122 Lighter;

28) Four "Herkimer diamond" quartz crystals;

29) 14k yellow gold Tanzanite and diamond ring set;

30) 15k white gold diamond ring set with 16 straight baguette cut diamonds;

31) Platinum diamond ring set with six 1.7mm round brilliant cut diamonds;

32) 14k yellow gold diamond ring set with center oval cut diamond;

33) Costume jewelry necklace set with an oval cut Citrine;

3

34) 14k yellow gold amethyst necklace set with center oval cut amethyst;

35) 14k Garnet pendant hung on a 16-inch amethyst bead necklace;

36) 18k yellow gold Tiffany and Co. Elsa Peretti Starfish necklace;

37) 18k yellow gold Paloma Picasso scribble style pendant on a 16-inch chain;

38) 18k yellow gold Elsa Peretti Tiffany & Co. Seahorse necklace;

39) 14k two tone diamond necklace set with 72 round brilliant cut diamonds;

40) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Argent Pur Bullion #991425906;

41) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Ardent Pur Bullion #991425907;

42) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Argent Pur Bullion #991425908;

43) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Argent Pur Bullion #991425909;

44) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Argent Pur Bullion #991422484;

45) Royal Canadian Mint Monnaie 10 oz 9999 Fine Silver Argent Pur Bullion #991422487;

46) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Argent Pur Bullion #991422488;

47) Stainless Steel Gent's Cartier Santos 40mm Date Watch Serial Number 905815CX;

48) Stainless Steel Gent's Rolex Datejust Watch with Black Dial Serial Number Z18001;

49) Stainless Steel Rolex Daytona Cosmograph Watch Serial Number CZ771495;

50) Rolex Sea-Dweller Oyster Stainless Steel Watch Serial Number 9H5802X5;

51) Twenty-five Canadian Maple Leaf 1-ounce .9999 pure gold coins;

52) Eight Australia $100 Dollars 1-ounce gold coins;

53) Five United Kingdom 1-ounce 100-pound gold coins;

4

54) Three Elizabeth II gold coins;

55) Three Grant Wood American Commemorative Series Coins with American Gothic;

56) Six United States $50 Eagle gold coins;

57) Nine 1915 Austrian 100 Corona gold coins;

58) Two 1908 Hungary 100 Korona gold coins;

59) Four Mexico 50 pesos gold coins;

60) Twenty Metalor 1-ounce 999.9 fine gold bullion;

61) Twelve Valcambi Suisse 1-ounce gold bullion;

62) Four PAMP Suisse 1-ounce gold bullion;

63) Four IGR one 1 ounce 999.9 fine gold bullion;

64) Three Credit Suisse 1 ounce 999.9 fine gold bullion;

65) 2018 Australia Elizabeth II 999.9 1-ounce gold bullion;

66) Ten South African Krugerrand 1-ounce gold coins;

67) Eighty-eight Britannia 1/4-ounce 25-pound gold coins;

68) Two Canada 1 1/2-ounce $150 gold bullion coins;

69) Three Werner Philharmoniker 2000 Schilling 999.9 pure 1-ounce coins;

70) Two Buffalo 1-ounce gold coins;

71) Two Royal Canadian Mint 10-ounce Fine Silver Argent Pur Bullion;

72) Ten 1-gram silver bullion assorted style bars;

73) Three-hundred and eighty U.S. American Eagle 1 ounce silver coins;

74) Stainless Steel Ladies Rolex Datejust Watch Serial Number 968E58Z5;

75) Fifteen Liberty Head $20 gold coins;

76) 2009 American Eagle $50 gold coin;

77) Forty-five Krugerrand gold coins;

78) Six Canadian Maple Leaf $50 gold coins;

79) Six Canada 1/20th ounce Maple Leaf $1 gold coins;

80) Canada 1/10th ounce Maple Leaf $5 gold coin;

81) Two Canadian 1/4-ounce Maple Leaf $10 gold coins;

82) Cartier 18k white Panthere style necklace;

83) 14k white gold diamond bracelet set with 68 round brilliant cut diamonds weighs 6.3 grams;

84) 14k white gold diamond bracelet set with 68 round brilliant cut diamonds weighs 6.7 grams;

85) 14k white gold diamond bracelet set with 15 round brilliant cut diamonds;

86) Gucci heart bracelet;

87) Sterling silver with Cubic Zirconia earrings;

88) Cartier 18k white gold Love ring XQS521 50;

89) 14k white gold diamond ring set with 7 round brilliant cut diamonds;

90) 14k white gold Tiffany style 6 prong Lab Grown diamond ring set;

91) Audemars Piguet Men's chronograph watch 26240ST Royal Oak Serial Number GM3804N;

92) Audemars Piguet Men's chronograph watch 26120ST dual time Royal Oak Serial Number H41161 No 3890;

93) Costume jewelry in a black jewelry box;

94) Three sterling silver earring pairs;

95) 18k yellow gold necklace;

96) Three Louis Vuitton Marc Newson Limited Edition Horizon Rolling Suitcases, Model Horizon;

97) Three Louis Vuitton Marc Newson Rolling Trunk, Model M10117;

98) Louis Vuitton Taiga District PM Shoulder Bag;

99) Louis Vuitton Eclipse Sac Plat 24 Shoulder Bag;

100)    Three Louis Vuitton Monogram Eclipse Dopp Kit Toiletry Pouch Bags;

101)    Louis Vuitton Monogram Eclipse District PM Messenger Set Bag;

102)    Louis Vuitton Monogram Eclipse Discovery Backpack PM;

103)    Louis Vuitton Monogram Eclipse Trio Messenger Shoulder Bag;

104)    Louis Vuitton Black Taiga Leather Avenue Sling Bag NM;

105)    Louis Vuitton Monogram Week-End Tote GM;

106)    Two Louis Vuitton Monogram Eclipse Passport Covers;

107)    Louis Vuitton Empriente Zoe Wallet;

108)    Louis Vuitton Multiple Wallet;

109)    Louis Vuitton Pocket Organizer Black/Noir;

110)    Louis Vuitton Felicie Black Credit Card Insert;

111)    Louis Vuitton The Neverfull GM Tote Removable Pouch;

112)    Louis Vuitton Black Monogram Empriente Leather Felicie Pochette;

113)    Louis Vuitton Reverse Monogram Eclipse Pouch;

114)    $367,150 cash;

115)    $250,313.89 seized from Arizona Federal Credit Union account ending in 5125 in the name of ALEXANDRA MT GEHRKE;

116)    $1,000,000.00 seized from Arizona Federal Credit Union account ending in 5102 in the name of JEXIE ENTERPRISES INC.;

117)    $251,994.63 seized from U.S. Bank account ending in 5022 in the name of Alexandra Marie Gehrke;

118)    The contents of Charles Schwab account ending in 1438 in the name of AMTG MEDICAL CONSULTANT LLC;

119)    The contents of Charles Schwab account ending in 2726 in the name of ALEXANDRA MARIE GEHRKE;

120)    The contents of Charles Schwab account ending in 9986 in the name of JEXIE ENTERPRISES INC;

121)    $3,356,635.97 seized from the U.S. Bank checking account ending in 5772 in the name of THE CONSULTING FIRM LLC.

122)    $788,645.14 seized from U.S. Bank checking account ending in 5202 in the name of KING MEDICAL CONSULTANT LLC.

123)    $528,387.94 seized from Wells Fargo checking account ending in 1495 in the name of ALEXANDRA M. GEHRKE.

124)    $569,195.65 seized from Wells Fargo savings account ending in 8608 in the name of ALEXANDRA M. GEHRKE.

125) $555,900 seized from Wells Fargo checking account ending in 1487 in the name of ALEXANDRA M. GEHRKE.

126) $247,073.89 seized from Wells Fargo savings account ending in 3965 in the names of ALEXANDRA M. GEHRKE and JOAN MARIE GEHRKE.

127) $777,277.80 seized from Wells Fargo checking account ending in 0871 in the name of AMTG MEDICAL CONSULTANT LLC.

128) The contents of Charles Schwab brokerage account ending in 2902 in the name of J KING HOLDINGS INC.

129) The contents of Charles Schwab brokerage account ending in 8345 in the name of THE OTHER CONSULTING FIRM LLC.

130) $1,260,215.38 seized from Flagstar Bank trust account ending in 2863 in the name of KENNETH MURRAY.

131) $2,593,130.55 seized from Royal Bank of Canada cash account ending in 5128 in the name of SCOTTSDALE ASSURANCE GROUP INC.

132) Two – Linea Research ASC 48 Loudspeaker Processors – serial numbers 10324076, 10324063,

133) Four - Triad Orbit T2 Microphone Stands;

134) Seven – AVID MTRX 8CH AD Cards – serial numbers 7201302331240, 7201302331119, 7201302328251, 7202302336101, 7202302336154, 7201302331116, 7201302331115;

135) Two – AVID Pro Tools HDX Card Software – serial numbers ENEOF32200043B, ENEOF24800029A;

136) Six – AVID MTRX 8CH DA Cards – serial numbers 7202302336155, 7202302336160, 7202302336136, 7202302336156, 7202302336153, 7202302336152;

137) One – RND Master Buss Processor – serial number P2MB4678;

138) One – RND Master Buss Transformer – serial number MBT00787;

139) One – RND 5035 Shelford Channel Microphone Amp – serial number 5035-06266;

140) Two – Tube Tech PE 1C – serial numbers 19186, 19187;

141) One – Tube Tech SMC 2BM Processor – serial number 16587;

142) Two – AVID MTRX-II Audio Interface – serial numbers MTRXII-100691, MTRXII-100673;

143) One – Live Mix AD24 Headphone System – serial number 12-04-02068;

144) One – Live Mix Mix-16 Headphone System – serial number 12-02-07164;

145) Eight – Live Mix MT-1 Headphone System Stand Adapters;

146) Eight – Live Mix Headphone System 25' Cat 6 Cables;

147) Eight – Live Mix CS Solo Headphone Mixers – serial numbers 12-11-05001, 12-11-05002, 12-11-04999, 12-11-05004, 12-11-05003, 12-11-05012, 12-11-05000, 12-11-04998;

148) One – Rupert Neve Designs 5088 32Ch Recording Console – serial number 345;

149) Two – Neumann U67 Microphones;

150) Two – Neumann KM 184 Stereo Pair Black Microphones;

151) Two – Neumann U4 Fet Collector's Edition Microphones;

152) Two – Neumann M49V Microphones;

153) One – Sennheiser MD 441-U Microphone;

154) Four – Sennheiser MD 421 Microphones;

155) Five – Triad Orbit Mini/TM Microphone Tripods;

156) Five – Triad Orbit Grav-Bags Ballast;

157) Three – Triad Orbit O2X Dual Boom Stands;

158) Three – Triad Orbit T1-OM-M2 Tripod Stand Systems;

159) One – Triad Orbit O1L Orbital Boom;

160) One – Triad Orbit Mini Single Arm Orbital Boom Microphone Stand;

161) Three – Triad Orbit Universal Smart Phone/Tablet Holders;

162) Three – Triad Orbit IO-H2/12 5/8" Mount Heads;

163) Two – Triad Orbit IO Desk Laptop Stands; and

164) One – Grace SB-66 Space Bar Kit, Microphone Placement Bar.

9

The defendant admitted to the forfeiture allegations contained in the indictment and was sentenced on October 10, 2025, rendering the Order of Forfeiture final as to the defendant. Fed. R. Crim. P. 32.2(b)(4)(A).

The United States has completed its publication obligation regarding forfeiture of the Subject Property pursuant to the provisions of Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims ("Fed. R. Civ. P. Supp.") Rule G(4), Federal Rule Criminal Procedure 32.2(b)(6), and 21 U.S.C. § 853(n)(1). The United States posted a notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning October 4, 2025 and ending on November 3, 2025. Additionally, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Fed. R. Civ. P. Supp. G(4), on July 14, 2023, notice of the government's forfeiture action was served via regular and certified U.S. mail to known potential claimants Alex Schroder, AMTG Medical, Andrea Tazioli, Alexandra Marie Gehrke, inMobile Integrated Solutions, Jamie Tryba, Jeffrey King, Jexie Enterprises, Joan Gehrke, King Medical, Mya King and the Fitzgerald Family Trust. To date, no third party other than Joan Gehrke has filed a petition in this case, and the time for doing so has expired.

On November 26, 2025, Joan Gehrke filed a Verified Petition asserting her third-party claim to certain items named in the Order of Forfeiture. Doc. 197. The government and Petitioner Gehrke filed a Stipulation for Compromise Settlement ("Stipulation") to resolve the petition and ancillary proceeding. Doc. 201. Pursuant to the Stipulation, the government recognized Petitioner Gehrke's interest in Subject Property Items 29-39, inclusive, and agreed that those items shall be released to Petitioner Gehrke and removed from the Final Order of Forfeiture. *Id.* at ¶ 1. Petitioner Gehrke agreed to release and withdraw her remaining claims. *Id.* at ¶ 4. On March 6, 2026, the Court entered an Order granting and adopting the Stipulation. Doc. 202.

As notice has been provided to all interested parties and the time for filing a petition has expired, the government has published notice of this forfeiture action by the

prescribed method, and no petition has been filed, the government respectfully requests this Court adopt the Stipulation for Compromise Settlement and enter a Final Order of Forfeiture vesting clear the government with clear title to the Subject Property, omitting Items 29-39.

DATED this 20th day of March 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*S/Joseph F. Bozdech*
JOSEPH F. BOZDECH
Assistant United States Attorney

**CERTIFICATION**

I certify that on March 20, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: counsel of record.

*S/Victoria Tiffany*
U.S. Attorney's Office